

**ENTERED**
**08/07/2015**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| LUCA INTERNATIONAL GROUP LLC | § | CASE NO. 15-34221-H2-11 |
| LUCA INTERNATIONAL GROUP (TEXAS) LLC | § | CASE NO. 15-34224-H3-11 |
| LUCA OPERATION, LLC | § | CASE NO. 15-34225-H2-11 |
| LUCA BARNET SHALE JOINT VENTURE, LLC | § | CASE NO. 15-34226-H4-11 |
| LUCA ENERGY FUND LLC | § | CASE NO. 15-34227-H2-11 |
| LUCA ENERGY RESOURCES, LLC | § | CASE NO. 15-34229-H5-11 |
| LUCA RESOURCES GROUP, LLC | § | CASE NO. 15-34230-H5-11 |
| LUCA I, LP | § | CASE NO. 15-34231-H5-11 |
| LUCA II, LP | § | CASE NO. 15-34233-H3-11 |
| LUCA OIL, LLC | § | CASE NO. 15-34234-H3-11 |
| LUCA TO-KALON ENERGY, LLC | § | CASE NO. 15-34235-H3-11 |
| LUCA OIL II JOINT VENTURE | § | CASE NO. 15-34236-H3-11 |
| | § | |
| Debtors. | § | Joint Administration Requested |
| | § | |

## ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR JOINT ADMINISTRATION OF CASES
[Docket No. 2 ]

The Debtors' Emergency Motion for Joint Administration of Cases is granted. It is hereby ORDER that:

1. The chapter 11 cases of Luca International Group LLC ("LIG"), Luca International Group (Texas) LLC ("LIGTX"), Luca Operation, LLC ("LOL"), Luca Barnet Shale Joint Venture, LLC ("LBSJV"), Luca Energy Fund LLC ("LEF"), Luca Energy Resources, LLC ("LER"), Luca Resources Group, LLC ("LRG"), Luca I, LP ("Luca I"), Luca II, LP ("Luca II"), Luca Oil, LLC ("Luca Oil"), Luca To-Kalon Energy, LLC ("LTKE"), and Luca Oil II Joint Venture (collectively "Debtors"), shall be jointly administered:

2. The caption of the cases is modified to reflect the joint administration as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| LUCA INTERNATIONAL GROUP, LLC[1] | § | CASE NO. 15-34221-H2-11 |
| | § | |
| | § | Joint Administration Pending |
| | § | Judge David R. Jones |
| Debtors | § | |

3. The Clerk of the Court is directed to enter a notation on the docket sheet of each of the Debtors' cases in substantially the following form to reflect joint administration of the cases:

> An order has been entered in this case directing the joint administration of In re Luca International Group, LLC, Case No. 15-34221, In re Luca International Group (Texas) LLC, Case No. 15-34224, In re Luca Operation, LLC, Case No. 15-34225, In re Luca Barnet Shale Joint Venture, LLC, Case No. 15-34226, In re Luca Energy Fund LLC, Case No. 15-34227, In re Luca Energy Resources, LLC, Case No. 15-24229, In re Luca Resources Group, LLC, Case No. 15-34230, In re Luca I, LP, Case No. 15-34231, Luca II, LP, Case No. 15-34233, In re Luca Oil, LLC, Case No. 15-34234, In re Luca To-Kalon Energy, LLC, Case No. 15-34235, and In re Luca Oil II Joint Venture, Case No. 15-34236 in accord with Federal Rule of Bankruptcy Procedure 1015(b). The docket in case number 15-34221 should be consulted for all matters affecting these cases.

4. One docket shall be maintained for the Debtors' cases under case number 15-34221.

5. All pleadings, orders and other papers filed shall be captioned with the style reflected above, and shall reflect that the cases are jointly administered under case number 15-34221.

---

[1] The Debtors in these cases, along with the last four digits of their respective taxpayer ID numbers, are Luca International Group LLC (1086), Luca Operation, LLC (0343), Luca International Group (Texas) LLC (5577), Luca Barnet Shale Joint Venture, LLC (5340), Luca Energy Fund LLC (0677), Luca Energy Resources, LLC (0000), Luca Resources Group, LLC (1699), Luca I, LP (4104), Luca II, LP, (9778), Luca Oil, LLC (8161), Luca To-Kalon Energy LLC (3922), Luca Oil II Joint Venture (6604).

6. The U.S. Trustee is authorized to conduct joint meetings, including 341 meetings, with the Debtors.

7. Each Debtor shall file separate schedules and statements of financial affairs.

8. Proofs of claims filed by a creditor of any Debtor shall reflect the style and case number of the Debtor to which the claim relates.

9. The Clerk of the Court shall maintain separate claim registers for each Debtor.

10. Each Debtor will file separate monthly operating reports.

**Signed:  August 06, 2015.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**