IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| LUCA INTERNATIONAL GROUP, LLC[1] | § | CASE NO. 15-34221-H2-11 |
| | § | |
| | § | Jointly Administered |
| | § | |
| **Debtors** | § | |

### DEBTORS' CONSOLIDATED LIST OF 50 LARGEST UNSECURED CREDITORS

Following is the list of the debtor's creditors holding the 50 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] cases. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 50 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| Name of Creditor and complete mailing address including zip code, contact of creditor familiar with claim, and contact information | Nature of Claim | Indicate if claim is contingent (C), unliquidated U), disputed (D), or subject to setoff (S) | Amount of Claim |
|---|---|---|---|
| American Resource Development Ltd<br>Attn: Mr. Yuki Doi<br>30 de Castro Street,<br>Wickhams Cay1<br>PO Box 4519, Road Town<br>Tortola, British Virgin Islands<br>Phone: 853-6631-3971 | Investor | C, U, D | 10,245,011.00 |
| Andy B. Ge<br>7876 Pineville Circle<br>Castro Valley, CA 94552<br>Email: andy8uscec@gmail.com | Investor | C, U, D | 200,000.00 |

---

[1] The Debtors in these cases, along with the last four digits of their respective taxpayer ID numbers, are Luca International Group LLC (1086), Luca Operation, LLC (0343), Luca International Group (Texas) LLC (5577), Luca Barnet Shale Joint Venture, LLC (5340), Luca Energy Fund LLC (0677), Luca Energy Resources, LLC (0000), Luca Resources Group, LLC (1699), Luca I, LP (4104), Luca II, LP, (9778), Luca Oil, LLC (8161), Luca To-Kalon Energy LLC (3922), Luca Oil II Joint Venture (6604).

{851243-00002 KJM 8/11/2015 00989648.DOCX 1}

| Name of Creditor and complete mailing address including zip code, contact of creditor familiar with claim, and contact information | Nature of Claim | Indicate if claim is contingent (C), unliquidated U), disputed (D), or subject to setoff (S) | Amount of Claim |
|---|---|---|---|
| Angel Joke Cambodia Target Ltd<br>3rd Floor, Omar Hodge Building<br>Wickhmas Cay 1, Road Town<br>Tortola, British Virgin Islands<br>Attn: Mr. Makoto Shinoda<br>Email: jokerjoker4123@gmail.com<br>        skwang777@hotmail.com | Investor | C, U, D | 7,376,000.00 |
| Baoxin Shan<br>2302 Bluehaven Dr.<br>Rowland Heights, CA 91748 | Investor | C, U, D | 330,000.00 |
| Bei Zhang<br>19503 Stevens Creek Blvd., #333<br>Cupertino, CA 95014<br>Phone: 408-596-5258<br>Email: leehsu333@rocketmail.com | Investor | C, U, D | 330,000.00 |
| Culture Link, Inc.<br>P O Box 3411<br>Los Altos, CA 94024<br>Email: yang_jane@yahoo.com | Investor | C, U, D | 220,000.00 |
| Dinh Tuan Dinh<br>21342 Provincial Blvd.<br>Katy, TX 77450<br>Phone: 281-414-5412<br>Email: dtddetail@gmail.com | Investor | C, U, D | 300,000.00 |
| FX Matching Ltd.<br>Address Unknown | Investor | C, U, D | 2,915,000.00 |
| Global President Club Limited<br>6-25-16, Kozukai,<br>Kita-ku Kobe-shi<br>Hyogo-Ken, Japan | Investor | C, U, D | 822,000.00 |
| Hidehiko Funai<br>8-10 Kirikawa, Higashi-Osaka City<br>Osaka 579-8041, Japan | Investor | C, U, D | 350,000.00 |
| Hui Jia<br>1028 Renee Court<br>San Jose, CA 95120<br>Email: huijia@inbox.com | Investor | C, U, D | 250,000.00 |
| Jianglin Zhou and Jie Shen<br>3114 Avalon Ct.<br>Palo Alto, CA 95014<br>Phone: 510-558-8510<br>Email: jlzhou@gmail.com | Investor | C, U, D | 330,000.00 |

| Name of Creditor and complete mailing address including zip code, contact of creditor familiar with claim, and contact information | Nature of Claim | Indicate if claim is contingent (C), unliquidated U), disputed (D), or subject to setoff (S) | Amount of Claim |
|---|---|---|---|
| Jianqi Wang & Rong Yang<br>4436 Mattos Dr.<br>Fremont, CA 94536<br>Email: jianqiwang@yahoo.com | Investor | C, U, D | 178,700.00 |
| Jing Xu Sun<br>20005 Orchard Meadow Dr<br>Saratoga, CA 95070 | Investor | C, U, D | 1,000,000.00 |
| June S. Lee<br>2360 Harvard St.<br>Palo Alto, CA 94306<br>Phone: 650-213-6767<br>Email: june.leee123@gmail.com | Investor | C, U, D | 275,000.00 |
| Lan Wang<br>Room 1105, Building 8, District B<br>FuLi City, TianLi Street<br>Shuangjing Area<br>Chao Yang District<br>Beijing, P.R. China 100022<br>Phone: 86-13860145566<br>Email: selina.wl@gmail.com | Investor | C, U, D | 300,000.00 |
| Li Yun Xu<br>19503 Steven Creek Blvd #333<br>Cupertino, CA 95014<br>Email: li_xu22102@yahoo.com | Investor | C, U, D | 570,000.00 |
| Lichung Chang<br>37 Mount Vernon<br>Irvine, CA 92620<br>Email: mtchang58@gmail.com | Investor | C, U, D | 348,000.00 |
| Lichung Chang and Mei Ling Hsu<br>37 Mount Vernon<br>Irvine, CA 92620<br>Phone: 714-515-2256<br>Email: mtchang58@gmail.com | Investor | C, U, D | 200,000.00 |
| Lilian Ma<br>1478 Mardan Drive<br>San Jose, CA 95132<br>Email: lilian2ma@yahoo.com | Investor | C, U, D | 187,000.00 |

| Name of Creditor and complete mailing address including zip code, contact of creditor familiar with claim, and contact information | Nature of Claim | Indicate if claim is contingent (C), unliquidated U), disputed (D), or subject to setoff (S) | Amount of Claim |
|---|---|---|---|
| Luca Barnet Shale  Resources Ltd, a British Virgin Islands limited partnership)<br>Attn: Mr. Yuki Doi<br>30 de Castro Street,<br>Wickhams Cay1<br>PO Box 4519, Road Town<br>Tortola, British Virgin Islands<br>Phone: 853-6631-3971 | Investor | C, U, D | 3,235,000.00 |
| Lyu International Limited<br>Attn: Ms. Mima Teramachi<br>Quastisky Building<br>PO Box 4389, Road Town<br>Tortola, British Virgin Islands | Investor | C, U, D | 330,000.00 |
| Min Pan<br>2 Floor, #11-12, Building 9<br>Changchun 1 Street, Yiwu City, Zhejiang, China<br>Phone: 909-304-4330<br>Email: mpminpan@gmail.com | Investor | C, U, D | 330,000.00 |
| MPCM, Inc.<br>115 Phelan Ave. #6<br>San Jose, CA 95112<br>Email: xtran@cwnet.com | Investor | C, U, D | 330,000.00 |
| Myra Hung Lee<br>40330 Loro Pl.<br>Fremont, CA 94539<br>Email: myra.lee@gmail.com | Investor | C, U, D | 290,000.00 |
| Oil Legend Ltd<br>Attn: Masanori Konami<br>30 de Castro Street<br>Wickhams Cay1<br>PO Box 4519, Road Town<br>Tortola, British Virgin Islands | Investor | C, U, D | 2,737,000.00 |
| One & Two Central Management Ltd.<br>Attn: Ms. Satoko Iwashita<br>3rd Floor, Omar Hodge Building<br>Wickhmas Cay 1, Road Town<br>Tortola, British Virgin Islands | Investor | C, U, D | 1,327,800.00 |
| Peinan Zhang<br>1252 Oak Knoll Drive<br>San Jose, CA 95132<br>Email: pnz@yahoo.com | Investor | C, U, D | 199,000.00 |

| Name of Creditor and complete mailing address including zip code, contact of creditor familiar with claim, and contact information | Nature of Claim | Indicate if claim is contingent (C), unliquidated U), disputed (D), or subject to setoff (S) | Amount of Claim |
|---|---|---|---|
| Qing Jing Niu<br>Address Unknown | Investor | C, U, D | 195,238.00 |
| QiuPing Zhang<br>P O Box 1556<br>Union City, CA 94587<br>Email: catherineqzhang@gmail.com | Investor | C, U, D | 249,000.00 |
| Rainbow Rise Investment Limited<br>Attn: Attn: Mr. Yujo Kaneda<br>242-1002 Saedo-cho, Tsuzuki-Ku<br>Jalan Molek 1/27, 81100 Taman Molek, Johor Bahru, Johor ,<br>Malaysia<br>Email: forbiz555@yahoo.co.jp | Investor | C, U, D | 330,000.00 |
| Robert A Schroeder, Inc. | Trade Payables | | 198,640.31 |
| Robert Birch and May Birch<br>1287 San Moritz Drive<br>San Jose, CA 95132<br>Email: mbirch@bircht.com | Investor | C, U, D | 180,000.00 |
| Sam's Brothers Limited<br>Attn: Kim Sungha<br>P.O. Box 933<br>3rd Floor, Omar Hodge Building<br>Wickhams Cay 1, Road Town<br>Tortola, British Virgin Islands | Investor | C, U, D | 200,000.00 |
| Samuel Tiu & Julia Cui-Tiu<br>10313 Christine Pl.<br>Chatsworth, CA 91311<br>Email: sam_tiu@yahoo.com | Investor | C, U, D | 171,000.00 |
| Shiao Ting Jing and Bill Biao Lu<br>12304 Santa Monica Blvd.<br>Suite 120<br>Los Angeles, CA 90025<br>Email: blujst888@yahoo.com<br>          shaoting47@yahoo.com | Investor | C, U, D | 2,165,210.00 |
| Shimin Chen<br>2809 Vizzolini Ct.<br>Pleasanton, CA 94566<br>Email: chen.jessie6@gmail.com | Investor | C, U, D | 300,000.00 |
| Shiuwen Fu<br>1695 Salamoni Ct.<br>San Jose, CA 95133<br>Email: shiuwenfu@hotmail.com | Investor | C, U, D | 297,000.00 |

| Name of Creditor and complete mailing address including zip code, contact of creditor familiar with claim, and contact information | Nature of Claim | Indicate if claim is contingent (C), unliquidated U), disputed (D), or subject to setoff (S) | Amount of Claim |
|---|---|---|---|
| Squire Patton Boggs (US) LLP<br>221 E. Fourth St., Suite 2900<br>Cincinnati, OH 45202<br>Phone: 513-361-1200<br>Fax:    513-361-1201 | Legal Fees | | 287,121.66 |
| Stephen H. Chang, Trustee, Chang Family Trust-Survivor's Trust UDT 11-19-2007<br>Attn: Stephen Chang<br>1039 Wood Duck Ave.<br>Santa Clara, CA 95051<br>Email: changans@sbcglobal.net | Investor | C, U, D | 200,000.00 |
| Takashi Maruyama<br>Okurayama Hill Town 6-13,<br>1-5 Osone, Kohoku-ku,<br>Yokohama-shi Kanagawa Ken 222-0003 Japan | Investor | C, U, D | 200,000.00 |
| Tatsuya Kawada<br>2-4-8-802, Toyoda, Suruga-ku<br>Shizuoka-shi, Shizuoka, 422-8027, Japan | Investor | C, U, D | 1,200,000.00 |
| Texas Tower Limited<br>Attn Property Manager<br>600 Travis Street, Suite B1.009<br>Houston, TX 77002<br>Phone: 713-223-0441<br>Fax:    713-222-7828 | Estimated lease rejection damages, 12 mos @ $18,930 per month | C, U | 227,160.00 |
| The 2011 Qin & Sun Family Trust<br>Attn Ying Qin<br>20100 Hill Ave.<br>Saratoga, CA 95070<br>Email: yqin@hotmail.com | Investor | C, U, D | 200,000.00 |
| Transwood Group<br>Commerce Chambers<br>PO Box 2208, Road Town<br>Tortola, British Virgin Islands<br>Email: issei@clubissei.hk | Investor | C, U, D | 200,000.00 |
| Wakyo Cambodia Ltd<br>30 de Castro Street,<br>Wickhams Cay1<br>PO Box 4519, Road Town<br>Tortola, British Virgin Islands | Investor | C, U, D | 3,263,000.00 |

{851243-00002 KJM 8/11/2015 00989648.DOCX 1}

| Name of Creditor and complete mailing address including zip code, contact of creditor familiar with claim, and contact information | Nature of Claim | Indicate if claim is contingent (C), unliquidated U), disputed (D), or subject to setoff (S) | Amount of Claim |
|---|---|---|---|
| Wakyo Oil Ltd.<br>30 de Castro Street,<br>Wickhams Cay1<br>PO Box 4519, Road Town<br>Tortola, British Virgin Islands | Investor | C, U, D | 4,345,000.00 |
| Yaue & Yvonne Chang Family Trust<br>1275 Tourney Drive<br>San Jose, CA 95131<br>Phone: 408-684-4336<br>Email: changcat1@comcast.net | Investor | C, U, D | 221,000.00 |
| Yuda Jiang<br>28835 Bailey Ranch Road<br>Hayward, CA 94542<br>Email: yudajng@yahoo.com | Investor | C, U, D | 200,000.00 |
| Zongqui Liu<br>5047 1/2 Bartlett Ave.<br>San Gabriel, CA 91776 | Investor | C, U, D | 500,000.00 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the limited liability companies, joint ventures and partnerships named as the debtors in these jointly administered cases, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  August 11, 2015          Signature  *[signed] Loretta Ross Cross*

**Loretta R. Cross**
**Chief Restructuring Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**DISCLAIMER**: **The preparation of the Debtors' List of 50 Largest Unsecured Creditors includes investor claimants, which require certain assumptions with respect to the actual amount of each investor's contribution.  Transactions may have occurred to which the Chief Restructuring Officer has limited knowledge or limited access to relevant information.  Investigation as to the investors' contributions is ongoing.  Accordingly, the Chief Restructuring Officer has been required to make**

**certain assumptions in connection with the preparation of List of 50 Largest Unsecured Creditors based upon the information currently available.**

{851243-00002 KJM 8/11/2015 00989648.DOCX 1}