**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **LUCA INTERNATIONAL GROUP** | § | **CASE NO. 15-34221-H2-11** |
| **LLC,** | § | |
| Debtor | § | |

**NOTES AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

1.  Loretta R. Cross, the Chief Restructuring Officer ("CRO") for the above styled Debtors, files the Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs ("SOFA") with the following notes and disclaimers (the "Notes"), and such Notes are incorporated by reference and compromise an integral part of all the Debtors' Schedules and SOFAs. The Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and SOFAs.

2.  The information provided herein, except as otherwise noted, represents the assets and liabilities of the Debtor as of August 6, 2015, based on the information available to the CRO. During her investigation of the Debtors' financial affairs, the CRO determined that Debtors' records are incomplete and inaccurate in many regards. Although the CRO has made every effort to ensure that the Schedules and SOFA accurately portray the Debtors' financial condition, the CRO believes that there is a high probability that material errors and/or omissions exist. Creditors are advised to act accordingly.

3.  Schedule F includes amounts set forth in the Debtors accounts payable system and also "loans" or transfer/receipt of funds from "investors." In addition, some of these amounts may reflect obligations of third parties or obligations incurred by the Debtors on behalf of third parties that the Debtors historically paid under various arrangements with those third parties. The CRO is continuing her investigation of these amounts and is listing them in Schedule F out of an abundance of caution. The listing of a creditor or claim in Schedule F therefore is not an admission or acknowledgement by the CRO of the validity or enforceability of any claim against the Debtors or that any "investment" or "loan" should not be classified as an equity claim, and the CRO reserves the right to contest any claim listed on Schedule F.

THE CRO DOES NOT ADOPT OR GUARANTY THE ACCURACY OF THE DEBTOR'S SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS.

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Southern District of Texas

In re    **Luca International Group, LLC**

Debtor(s)

Case No.    **15-34221-H2-11**
Chapter    **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7,11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | $0.00 | | |
| B - Personal Property | Yes | 5 | $1,945,319.66 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $16,331.26 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | $2,828,437.18 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | $N/A |
| **TOTAL** | | 18 | $1,945,319.66 | $2,844,768.44 | |

B6A (Official Form 6A) (12/07)

In re      **Luca International Group, LLC**                                    Case No.    **15-34221-H2-11**
_____                          _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Oil & Gas Mineral Leases, see attached Exhibit A-1** | | - | Unknown | 0.00 |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

**LUCA INTERNATIONAL GROUP, LLC**
**EXHIBIT A-1**
**LIST OF OIL & GAS LEASES**

1. August 25, 2000 mineral lease from Joe Campesi & Co., Inc., lessor, to Victor P. Smith oil Co., LLC, Lessee, recorded at COB 533, Entry No. 223, of the public records of Iberville Parish, Louisiana;

2. September 26, 2000 mineral lease from John M. Evans, et a!,lessor, to Victor P. Smith oil Co., LLC, Lessee, recorded at COB 533, Entry No. 226, ofthe public records of Iberville Parish, Louisiana;

3. July 31, 2000 mineral lease from Dugas & Leblanc, Ltd, et al, lessor, to Victor P. Smith oil Co., LLC, Lessee, recorded at COB 533, Entry No. 227, ofthe public records of Iberville Parish, Louisiana;

4. August 30, 2000 mineral lease from Fleischaker Mineral Co.,LLC, lessor, to Victor P. Smith oil Co., LLC, Lessee, recorded at COB 533, Entry No. 228, ofthe public records of Iberville Parish, Louisiana;

5. September 11, 2000 mineral lease from Belle Grove Industrial Park, Inc., lessor, to Victor P. Smith oil Co., LLC, Lessee, recorded at COB 533, Entry No. 242, of the public records of Iberville Parish, Louisiana;

6. November 6, 2000 mineral lease from Andrew J. S. Jumonville, et al, lessor, to Victor P. Smith oil Co., LLC, Lessee, recorded at COB 535, Entry No. 18, ofthe public records of Iberville Parish, Louisiana;

7. February 22, 2001 mineral lease from the Succession of Lillie B. Jumonville, lessor, to Victor P. Smith oil Co., LLC, Lessee, recorded at COB 537, Entry No. 4, ofthe public records of Iberville Parish, Louisiana;

8. February 2, 2001 mineral lease from the Succession of John C. B. Jumonville, lessor, to Victor P. Smith oil Co., LLC, Lessee, recorded at COB 537, Entry No. 5, ofthe public records of Iberville Parish, Louisiana;

9. November 15, 2000 mineral lease from the Succession of John E. Jumonville, Sr., lessor, to Victor P. Smith oil Co., LLC, Lessee, recorded at COB 542, Entry No. 227, ofthe public records of Iberville Parish, Louisiana;

10. August 28, 2000 minera! lease from Joe Campesi & Co., Inc. [SVTD], lessor, to Victor P. Smith oil Co., LLC, Lessee, recorded at COB 533, Entry No. 225, of the public records of Iberville Parish, Louisiana;

B6B (Official Form 6B) (12/07)

In re    **Luca International Group, LLC**                              ,      Case No.    **15-34221-H2-11**

                                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Checking Account No. xxxx0257** | - | 5,381.73 |
| | | **Bank of America Checking Account No. xxxx7997** | - | 1,103.79 |
| | | **Bank of America Savings Account No. xxxx3889** | - | 500.01 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit held by Texas Tower Limited for lease of 600 Chase Tower, Suite 6920, Houston, Texas 77002, in the name of Luca International Group (Texas), LLC.** | - | 28,140.24 |
| | | **Security Deposit held by Regus for Executive Office suite located at 12 Greenway Plaza, Suite 1168, Houston, TX 77046. Lease was in the name of Luca International Group (Texas) LLC** | - | 4,886.00 |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

                                                      Sub-Total >      **40,011.77**
                                                    (Total of this page)

   **3**    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Luca International Group, LLC**                                        Case No.   **15-34221-H2-11**
_____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **See attached Exhibit B16, list of intercompany receivables of debtor and nondebtor affiliates** | - | 1,880,191.34 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                          Sub-Total >        **1,880,191.34**
                                                       (Total of this page)

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

**Luca International Group, LLP**
**EXHIBIT B16**
**Intercompany Receivables**

| | |
|---|---:|
| Luca Barnet Shale Joint Venture | 55,036.59 |
| Luca Derun | 5,500.00 |
| Luca Energy Fund, LLC | 110,073.18 |
| Luca I LP | 55,036.58 |
| Luca II LP | 286.16 |
| Luca Oil II Joint Venture | 256,073.28 |
| Luca Oil LLC | 275,182.96 |
| Luca Operation LLC | 89,407.69 |
| Luca To-Kalon Energy | 220,146.36 |
| Sinotex | 813,378.54 |
| US China E S | 70.00 |
| **TOTAL:** | **1,880,191.34** |

B6B (Official Form 6B) (12/07) - Cont.

In re    **Luca International Group, LLC**                                      Case No.    **15-34221-H2-11**
_____,
Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Debtor is currently analyzing for potential claims and will supplement upon determination of any contingent and unliquidated claims and/or causes of action be pursued** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Furniture and Fixtures     $13,764.23** <br> **Office Equipment Freemont  $7906.51** <br> **Office Equipment LA        $755.87** <br> **Less accumulated depreciation ($11,601.00)** | - | 10,825.55 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >         10,825.55
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Luca International Group, LLC**                                      Case No.    **15-34221-H2-11**
                                                      Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **Prepaids:**<br>**Expenses $3,000.00**<br>**Rent:    $11,291.00** | - | 14,291.00 |

| | |
|---|---|
| Sub-Total > | 14,291.00 |
| (Total of this page) | |
| Total > | 1,945,319.66 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Luca International Group, LLC**                          Case No.   **15-34221-H2-11**
                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 6/2/2015 | | | | | |
| **C&S Well Service Inc.** **Attn Stan Gauthier II** **1405 West Pinhook Road, Suite 105** **Lafayette, LA 70503** | - | | M&M Lien | X | X | X | | |
| | | | Value $                Unknown | | | | Unknown | Unknown |
| Account No. | | | Trade | | | | | |
| **Shapell Properties, Inc.** **8383 Wilshire Blvd., Suite 700** **Beverly Hills, CA 90211** | - | | | | | | | |
| | | | Value $                Unknown | | | | 16,331.26 | Unknown |
| Account No. | | | M&M Lien | | | | | |
| **T F Services LLC** **4166 Leger Road** **Crowley, LA 70526** | - | | Iberville Parish | X | X | X | | |
| | | | Value $                Unknown | | | | Unknown | Unknown |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| **0**   continuation sheets attached | Subtotal (Total of this page) | 16,331.26 | 0.00 |
| | Total (Report on Summary of Schedules) | 16,331.26 | 0.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

In re __Luca International Group, LLC_____,     Case No. __15-34221-H2-11_____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__0__    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re      **Luca International Group, LLC**                                                    Case No.   **15-34221-H2-11**
                                                                                      _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5537**<br><br>**Bank of America**<br>P O Box 982234<br>El Paso, TX 79998-2234 | - | | Visa | | | | 44,900.95 |
| Account No. **6741**<br><br>**Bank of America**<br>P O Box 982234<br>El Paso, TX 79998-2234 | - | | Visa | | | | 5,961.06 |
| Account No.<br><br>**Baoxin Shan**<br>2302 Bluehaven Dr<br>Rowland Heights, CA 91748 | - | | Litigation; Equity contribution to Luca Oil, LLC; Litigation. | X | X | X | 330,000.00 |
| Account No.<br><br>**Bingqing Yang**<br>3704 Monte Sereno Terrace<br>Fremont, CA 94539 | - | | Overpaid Repayment of Loan | | | | 1,057.88 |

|  |  |
|---|---|
| **3**   continuation sheets attached | Subtotal<br>(Total of this page) |
| | 381,919.89 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                    S/N:42392-150709   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Luca International Group, LLC**                                   Case No.   **15-34221-H2-11**
_____,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Litigation | | | | |
| Carol Hallberg c/o Stephanie Rubinoof Horowitz & Rubinoff 1440 Broadway, Suite 607 Oakland, CA 94612-2026 | - | | | | X | X | X | Unknown |
| Account No. | | | | Trade | | | | |
| Chandra Stone Interior Design 5120 Woodway Drive #5029 Houston, TX 77056 | - | | | | | | | 26,101.46 |
| Account No. | | | | Trade | | | | |
| Logix Communications 2950 N Loop W 8th Floor Houston, TX 77092 | - | | | | | | | 1,789.43 |
| Account No. | | | | Intercompany Debt | | | | |
| Luca Barnet Shale Joint Venture 12 Greenway Plaza, Suite 1168 Houston, TX 77046 | - | | | | | | | 105,065.93 |
| Account No. | | | | Intercompany Debt | | | | |
| Luca Oil, LLC 12 Greenway Plaza, Suite 1168 Houston, TX 77046 | - | | | | | | | 402,498.10 |

Sheet no. __1__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          535,454.92

B6F (Official Form 6F) (12/07) - Cont.

In re   **Luca International Group, LLC**                                           Case No.   **15-34221-H2-11**
_____,
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. | | | | Intercompany Debt | | | | |
| Luca Operation, LLC 12 Greenway Plaza, Suite 1168 Houston, TX 77046 | | - | | | | | | 1,081,187.97 |
| Account No. | | | | Judgment | | | | |
| Meiyou You c/o Bin Li Law Offices of Bin Li, PLLC 730 N. Diamond Bar Blvd Diamond Bar, CA 91765 | | - | | | | | | 725,000.00 |
| Account No. | | | | Trade | | | | |
| Origin, Inc. 2600 Travis, Level Two Houston, TX 77056 | | - | | | | | | 22,111.50 |
| Account No. | | | | Unliquidated, contingent and disputed Claims of Plaintiffs in lawsuits listed in Statement of Financial Affair Exhibit SOFA 4A. | X | X | X | |
| See attached Exhibit F-1 | | - | | | | | | Unknown |
| Account No. | | | | Trade | | | | |
| Shapell Properties, Inc. 8383 Wilshire Blvd., Suite 700 Beverly Hills, CA 90211 | | - | | | X | X | X | 16,330.26 |

| | | |
|---|---|---|
| Sheet no. **2** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,844,629.73 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Luca International Group, LLC**                                    Case No.   **15-34221-H2-11**
                                                                         ,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | Trade | | | | | | |
| SNI Companies<br>14241 Dallas Parkway, Suite 550<br>Dallas, TX 75254 | | - | | | | | | 820.00 |
| Account No. 4972 | | Visa | | | | | | |
| Southwest Chase<br>Chase Card Services<br>P O Box 15298<br>Wilmington, DE 19850 | | - | | | | | | 7,702.68 |
| Account No. | | Trade | | | | | | |
| The Luck Company<br>P O Box 7768<br>Houston, TX 77270 | | - | | | | | | 57,909.96 |
| Account No. | | | | | | | | |
| Warrior Energy Services<br>100 Rosecrest Lane<br>PO Drawer 9188<br>Columbus, MS 39701 | | - | | | | | | Unknown |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __3__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 66,432.64 |
| | Total<br>(Report on Summary of Schedules) | 2,828,437.18 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

**EXHIBIT F-1**
**Unliquidated, contingent and disputed**
**unsecured Claims of Plaintiffs in**
**lawsuits listed in Statement of**
**Financial Affair Exhibit SOFA 4A.**

| Claimant | Consideration for Claim |
|---|---|
| American Resource Development Ltd<br>C/o Russell I. Glazer<br>Julie M. Holden<br>Troygould PC<br>1801 Century Park East, 16th Floor<br>Los Angeles, CA 90087 | Litigation |
| Angel Joke Cambodia Target Ltd<br>C/o Russell I. Glazer<br>Julie M. Holden<br>Troygould PC<br>1801 Century Park East, 16th Floor<br>Los Angeles, CA 90087 | Litigation |
| Arch Capital Investment Ltd<br>C/o Russell I. Glazer<br>Julie M. Holden<br>Troygould PC<br>1801 Century Park East, 16th Floor<br>Los Angeles, CA 90087 | Litigation |
| LUCA Barnet Shale Resources Ltd<br>(British Virgin Island)<br>C/o Russell I. Glazer<br>Julie M. Holden<br>Troygould PC<br>1801 Century Park East, 16th Floor<br>Los Angeles, CA 90087 | Litigation |
| Oil Legend, Ltd<br>C/o Russell I. Glazer<br>Julie M. Holden<br>Troygould PC<br>1801 Century Park East, 16th Floor<br>Los Angeles, CA 90087 | Litigation |

| | |
|---|---|
| One & Two Central Management Ltd<br>C/o Russell I. Glazer<br>Julie M. Holden<br>Troygould PC<br>1801 Century Park East, 16th Floor<br>Los Angeles, CA 90087 | Litigation |
| Rainbow Rise Investment Ltd<br>C/o Russell I. Glazer<br>Julie M. Holden<br>Troygould PC<br>1801 Century Park East, 16th Floor<br>Los Angeles, CA 90087 | Litigation |
| Ryuya Atsuchi<br>C/o Russell I. Glazer<br>Julie M. Holden<br>Troygould PC<br>1801 Century Park East, 16th Floor<br>Los Angeles, CA 90087 | Litigation |
| Sam Brothers Ltd<br>C/o Russell I. Glazer<br>Julie M. Holden<br>Troygould PC<br>1801 Century Park East, 16th Floor<br>Los Angeles, CA 90087 | Litigation |
| Tatsuya Kawada<br>C/o Russell I. Glazer<br>Julie M. Holden<br>Troygould PC<br>1801 Century Park East, 16th Floor<br>Los Angeles, CA 90087 | Litigation |
| Transwood Group Limited<br>C/o Russell I. Glazer<br>Julie M. Holden<br>Troygould PC<br>1801 Century Park East, 16th Floor<br>Los Angeles, CA 90087 | Litigation |

| | |
|---|---|
| Wakyo Cambodia Stock Ltd<br>C/o Russell I. Glazer<br>Julie M. Holden<br>Troygould PC<br>1801 Century Park East, 16th Floor<br>Los Angeles, CA 90087 | Litigation |
| Wakyo Oil Ltd<br>C/o Russell I. Glazer<br>Julie M. Holden<br>Troygould PC<br>1801 Century Park East, 16th Floor<br>Los Angeles, CA 90087 | Litigation |
| Jui Tsai Angel Wang, et al.<br>C/o Long Z. Liu<br>Yu Ching Tu, Tao Li, Paul P. Cheng<br>The Liu Law Firm<br>529 E. Valley Blvd., Suite 208-A<br>San Gabriel, CA 91776 | Litigation |
| Securities & Exchange Commission<br>Attn Alice L Jensen, Steven D. Buchholz<br>44 Montgomery Street, Suite 2800<br>San Francisco, CA 94104 | Litigation |

B6G (Official Form 6G) (12/07)

In re    **Luca International Group, LLC**                                                    Case No.   **15-34221-H2-11**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **List of Contracts to be Supplemented** | |
| **Logix Communications**<br>**2950 N Loop W 8th Floor**<br>**Houston, TX 77092** | **Services Agreement dated 2/15/2013 for a term of 36 months.** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   **Luca International Group, LLC**                                    Case No.   __15-34221-H2-11__
_____
                            Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re    __Luca International Group, LLC__                        Case No.    __15-34221-H2-11__

                                    Debtor(s)                 Chapter      __11__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  __19__  sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    __09/09/2015__                   Signature    __/s/ Loretta R. Cross__

                                                 **Loretta R. Cross**
                                                 **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of Texas

In re    __Luca International Group, LLC__                                 Case No.    __15-34221-H2-11__
                                                    Debtor(s)                       Chapter     __11__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | YTD 2015 |
| $232,150.00 | 2014: |
| $190,750.00 | 2013: |

---

**2. Income other than from employment or operation of business**

None   ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
☐

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **See attached Exhibit SOFA 3c, 10, and 23 List of Payments and Transfers to Insiders and Affiliates** | | **$0.00** | **$0.00** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **See attached Exhibit SOFA 4A, Litigation.** | | | |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

9:00 PM
09/02/15

**Luca International Group LLC**

**Transaction List by Date**

August 5, 2013 through September 2, 2015

EXHIBIT SOFA 3C, 10, and 23

| | Type | Date | Num | Name | Memo | Account | Class | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Check | 07/25/2014 | 11282 | Bing Yang | Pay back the loan & interest to Bing | BOA Chk - 0257 | | √ | -SPLIT- | | 113,378.08 |
| | Check | 07/30/2014 | 11295 | Bing Yang | Expenses reimbursement | BOA Chk - 0257 | | √ | Airfare | | 1,248.00 |

Aug 5, '13 - Sep 2, 15

Luca International Group, Inc.
Exhibit SOFA 3C and 10

| Type | Date | Num | Name | Memo | Account | Clr | Split |
|------|------|-----|------|------|---------|-----|-------|
| | | | | Non-Insiders | | | |
| Check | 08/22/2013 | 10896 | Baoxin Shan | Interest payment | BOA Chk - 0257 | -SPLIT- | 44,550.00 |
| Check | 07/21/2014 | 11267 | Baoxin Shan | 2nd Interest payment | BOA Chk - 0257 | -SPLIT- | 44,550.00 |
| Check | 06/26/2014 | ACH | IRS | 2013 1042 tax withholding for Baoxin Shan | BOA Chk - 0257 | Foreign Tax withholding | 4,950.00 |
| Check | 07/24/2014 | ACH | IRS | 2014 1042 tax withholding for Baoxin Shan | BOA Chk - 0257 | Foreign Tax withholding | 4,950.00 |
| | | | | | | | |
| | | | | Payments to or on behalf of Insiders and Affiliates | | | |
| Check | 08/27/2013 | 10912 | Byrd Interior Construction, LP | Inv # 3256.99 - Final | BOA Chk - 0257 | Receivable - Sinotex | 94,481.53 |
| Bill Pmt -Check | 08/14/2014 | 11315 | Chandra Stone, Interior Design | Artwork for Sinotex | BOA Chk - 0257 | Accounts Payable | 1,500.00 |
| Check | 11/25/2013 | 11017 | Chinese Overseas Marketing Service | A/C# B4602R for Luca Oil II JV | BOA Chk - 0257 | Receivable - Luca Oil II JV | 3,200.00 |
| Check | 11/25/2013 | 11015 | Chinese Yellow Pages Co. | Inv # 541 for PCI | BOA Chk - 0257 | Receivable - Petrol Capital Inc | 1,280.00 |
| Check | 06/26/2014 | ACH | IRS | 2013 1042 tax withholding for Baoxin Shan | BOA Chk - 0257 | Foreign Tax withholding | 4,950.00 |
| Check | 07/24/2014 | ACH | IRS | 2014 1042 tax withholding for Baoxin Shan | BOA Chk - 0257 | Foreign Tax withholding | 4,950.00 |
| Check | 11/25/2013 | 11016 | KLM Design & Imaging, Inc. | Inv# KLM 2013-11 for Luca Oil II JV | BOA Chk - 0257 | Receivable - Luca Oil II JV | 6,294.00 |
| Check | 11/12/2013 | 10998 | Luca Derun LLC | Loan to Luca Derun for new bank account | BOA Chk - 0257 | Receivable - Luca Derun | 1,000.00 |
| Check | 11/13/2013 | 11000 | Luca Derun LLC | Loan to Luca Derun for new bank account | BOA Chk - 0257 | Receivable - Luca Derun | 4,500.00 |
| Check | 08/14/2014 | 11313 | Luca Energy Fund LLC | Paid off the A/P to LEF | BOA Chk - 0257 | Payable to Luca Energy Fund | 26,000.00 |
| Check | 04/28/2014 | 11176 | Luca Oil II Joint Venture | Pay-off the A/P to LOIIJV | BOA Chk - 0257 | Payable to Luca Oil II JV | 6,500.00 |
| Check | 09/25/2014 | 10942 | Luca Oil, LLC | Pay down part of the A/P to LOL | BOA Chk - 0257 | Payable to Luca Oil, LLC | 150,000.00 |
| Check | 08/08/2014 | 11304 | Luca Oil, LLC | LIG expenses paid by LOL CC-7588 | BOA Chk - 0257 | Legal Fees | 7,500.00 |
| Check | 08/15/2014 | 11317 | Luca Oil, LLC | For the sale of Golden Bend | BOA Chk - 0257 | Payable to Luca Oil, LLC | 35,000.00 |
| Check | 10/09/2014 | 11375 | Luca Oil, LLC | LIG legal expenses paid by LOL CC-7588, 8/4/14 | BOA Chk - 0257 | Payable to Luca Oil, LLC | 7,500.00 |
| Check | 10/29/2014 | 11380 | Luca Oil, LLC | Pay down A/P to LOL | BOA Chk - 0257 | Payable to Luca Oil, LLC | 8,363.00 |
| Check | 10/07/2013 | 10956 | Luca Operation, LLC | Pay back the A/P to LOP | BOA Chk - 0257 | Payable to Luca Operation LLC | 150,000.00 |
| Check | 02/04/2014 | 11083 | Luca Operation, LLC | A/R from LOP | BOA Chk - 0257 | Receivable - Luca Operation LLC | 10,000.00 |
| Check | 02/18/2014 | Cashier Chk | Luca Operation, LLC | A/R from LOP | BOA Chk - 0257 | Receivable - Luca Operation LLC | 50,000.00 |
| Check | 07/02/2014 | 11255 | Luca Operation, LLC | Pay partial A/P to LOP | BOA Chk - 0257 | Payable to Luca Operation LLC | 5,000.00 |
| Check | 01/16/2015 | 11404 | Luca Operation, LLC | Pay partial A/P to LOP | BOA Chk - 0257 | Payable to Luca Operation LLC | 20,000.00 |
| Check | 06/10/2014 | 11221 | Luca Resources Group | Pay down A/P to LRG | BOA Chk - 0257 | Payable to Luca Resources Gp | 3,500.00 |
| Liability Check | 06/26/2014 | 11244 | Luca Resources Group, LLC | For Aaron ball | BOA Chk - 0257 | Payroll Liabilities | 1,000.00 |
| Liability Check | 07/14/2014 | 11259 | Luca Resources Group, LLC | | BOA Chk - 0257 | Payroll Liabilities | 500.00 |
| Liability Check | 08/01/2014 | 11296 | Luca Resources Group, LLC | Aaron Ball Reimbursement | BOA Chk - 0257 | Payroll Liabilities | 500.00 |
| Liability Check | 08/14/2014 | 11310 | Luca Resources Group, LLC | Aaron Ball reimbursement | BOA Chk - 0257 | Payroll Liabilities | 500.00 |
| Liability Check | 08/27/2014 | 11333 | Luca Resources Group, LLC | Aaron Ball reimbursement | BOA Chk - 0257 | Payroll Liabilities | 500.00 |
| Check | 08/28/2013 | 10914 | The Luck Company | Inv #615 | BOA Chk - 0257 | Receivable - Sinotex | 18,389.40 |

| Check | 09/24/2013 | 10944 | Thomson Reuters | Inv # 827964398 for Sinotex | BOA Chk - 0257 | Receivable - Sinotex | 1,114.51 |
|---|---|---|---|---|---|---|---|
| Check | 01/06/2014 | 11046 | Thomson Reuters | Inv # 828550815 for Sinotex | BOA Chk - 0257 | Receivable - Sinotex | 1,818.07 |
| Check | 01/31/2014 | 11079 | Thomson Reuters | Inv # 828765152 for Sinotex | BOA Chk - 0257 | Receivable - Sinotex | 1,114.51 |
| Bill Pmt -Check | 06/04/2014 | 11209 | Touch of Green | Invoice # 144300 for Sinotex | BOA Chk - 0257 | Accounts Payable | 221.94 |
| Bill Pmt -Check | 06/17/2014 | 11232 | Touch of Green | Inv# 145384 for Sinotex | BOA Chk - 0257 | Accounts Payable | 221.94 |
| Bill Pmt -Check | 06/27/2014 | 11245 | Touch of Green | Inv# 141053 for Sinotex | BOA Chk - 0257 | Accounts Payable | 221.94 |
| Check | 10/23/2013 | 10977 | Touch of Green | Inv # 909726/1009807 for Sinotex | BOA Chk - 0257 | -SPLIT- | 443.88 |
| Check | 11/22/2013 | 11009 | Touch of Green | Inv # 1109888 for Luca Oil II | BOA Chk - 0257 | Receivable - Luca Oil II JV | 218.87 |
| Check | 01/10/2014 | 11060 | Touch of Green | Inv # 1209970 for Luca Oil II | BOA Chk - 0257 | Receivable - Luca Oil II JV | 221.94 |
| Check | 03/27/2014 | 11135 | Touch of Green | Inv # 142136 for Luca Oil II | BOA Chk - 0257 | Receivable - Luca Oil II JV | 221.94 |
| Check | 04/02/2014 | 11140 | Touch of Green | Inv # 143218 for Luca Oil II | BOA Chk - 0257 | Receivable - Luca Oil II JV | 221.94 |
| Bill Pmt -Check | 06/04/2014 | 11210 | Winpark | Invoice # 1404-910788 for Sinotex | BOA Chk - 0257 | Accounts Payable | 2,446.45 |
| Bill Pmt -Check | 06/17/2014 | 11230 | Winpark | Invoice #: 1405-910788 for Sinotex | BOA Chk - 0257 | Accounts Payable | 2,446.45 |
| Bill Pmt -Check | 07/15/2014 | 11260 | Winpark | Invoice #: 1406-910788 for Sinotex | BOA Chk - 0257 | Accounts Payable | 2,432.49 |
| Check | 08/22/2013 | 10898 | Winpark | Invoice #1307-910788 | BOA Chk - 0257 | Receivable - Sinotex | 2,062.16 |
| Check | 10/23/2013 | 10976 | Winpark | Invoice #1309-910788 / 1310-910788 for Sinotex | BOA Chk - 0257 | -SPLIT- | 3,924.06 |
| Check | 11/22/2013 | 11012 | Winpark | Invoice #1311-910788 for Luca Oil II | BOA Chk - 0257 | Rent | 2,062.16 |
| Check | 01/07/2014 | 11050 | Winpark | Invoice #1312-910788 for Luca Oil II | BOA Chk - 0257 | Rent | 1,861.98 |
| Check | 02/28/2014 | 11102 | Winpark | Invoice #1301-910788 for Luca Oil II | BOA Chk - 0257 | Rent | 2,229.95 |
| Check | 03/12/2014 | 11119 | Winpark | Invoice #1403-910788 for Luca Oil II | BOA Chk - 0257 | Rent | 1,897.47 |
| Check | 03/27/2014 | 11132 | Winpark | Invoice #1402-910788 for Luca Oil II | BOA Chk - 0257 | Rent | 2,516.28 |

SOFA 3c contains a list of payments made to Insiders within the last one year immediately preceding the commencement of this case that the Debtor has identified.  However, as discussed in Schedule B, Exhibit B21, the Debtor is currently investigating potential claims and causes of action it might hold against various parties, including but not limited to its principals and/or insiders, affiliates, agents, and/or transferees.  It is possible that during the course of this investigation, the Debtor may identify additional payments made to various parties, including but not limited to its principals and/or insiders, affiliates, agents, and/or transferees, within the last one year immediately preceding the commencement of this case and specifically reserves the right to supplement this schedule to include additional payments as this investigation is conducted or completed.

EXHIBIT SOFA 4A LITIGATION

| Case No. | District/Court | County | State | Plaintiff | Defendant |
|---|---|---|---|---|---|
| RG14741183 | Superior Court | Alameda | CA | American Resource Development Ltd., a British Virgin Islands Company; Luca Barnett Shale Resources Ltd., a British Virgin Islands Company; One & Two Centeral Management Ltd., a British Virgin Islands Company; Wakyo Cambodia Stock Ltd., a British Virgin Islands Company; Wakyo Oil Ltd., a British Virgin Islands Company; Oil Legend Ltd., a British Virgin Islands Company; Angel Joke Cambodia Target Ltd., a British Virgin Islands Company; Sam Brothers Lts., a British Virgin Islands Company; Arch Capital Investment Ltd., a British Virgin Islands Company; Rainbow Rise Investment Ltd., a British Virgin Islands Company; Transwood Group Limited, a British Virgin Islands Company; Ryuya Atsuchi, an individual; and Tatsuya Kawada, an individual | Luca Oil, LLC, a Texas LLC; Luca To-Kalon Energy, LLC, a Texas LLC; Luca Asset Management Corporation, a California Corporation; Luca Operation, LLC, a Louisiana LLC; Luca Operation, Inc., a California Corporation; Luca Petro Corporation, a California Corporation; Luca Barnett Shale Joint Venture, LLC, a California LLC; Luca International Group, LLC, a California LLC; Luca Resources Group, LLC, a Texas LLC, Petrol Capital, Inc., a California Corporation; Bingqing Yang, an individual; and DOES 1-50 |
| 3:15-cv-03101-CRB | District Court for the Northern District of CA | San Francisco Division | CA | Securities and Exchange Commission | Luca International Group LLC, Luca Resources Group, LLC, Luca Energy Fund, LLC; Entholpy EMC, Inc.; Bingqing Yang; Lei (Lily) Lei; Anthony V. Pollace; and Yong (Michael) Chen, Defendants and, Luca Operation, LLC; Luca Barnett Shale Joint Venture; Luca To-Kalon Energy, LLC; Luca Oil, LLC; Luca I, LP; Luca Oil II Joint Venture; J&Q Int'l Trading, Inc.; Skyline Trading, LLC; and Xiang Long Zhou, Relief Defendants |
| RG15769107 | Superior Court | Alameda | CA | Carol Hallberg | Luca Asset Management Corporation, Luca International Group, LLC, and Bingqing Yang |
| 74994A | 18th Judicial District | Iberville Parish | LA | Delta Seaboard LLC d/b/a Delta Wellhead | Luca Operation LLC |
| 74,867C | 18th Judicial District | Iberville Parish | LA | Collarini Energy Staffing Inc. | Luca Operation LLC |
| BC590537 | Superior Court | Los Angeles | CA | Jui Tsai Angel Wang | Luca International Group LLC; Luca Resources Group, LLC, Luca Energy Fund, LLC; Luca Operation, LLCl; Luca Barnet Shale Joint Venture; Luca To-Kalon Energy, LLC; Luca Oil, LLC; Luca I, LP; Luca Oil II Joint Venture; Bingqing Yang; Lei Lei; Yong Chen; Entholpy, EMC, Inc.; and Does 1-100 |
| KC067783 | Superior Court | Los Angeles | CA | Baoxin Shan | J&Q Int'l Trading, Lei Lei (Lily), Liu Sheng, Luca International Group LLC, Luca Oil, LLC, Bingqing Yang, and Zhou Xianglong |
| 2013-12636-D | 22nd Judicial District | Parish of St. Tammany | LA | Lou Barousse | Hudson Services, Inc., Basin Drilling LP, Ken Lowery d/b/a PTC Engineering, and Ken Lowery d/b/a PTC Engineering & Consulting |
| BC510775 | Superior Court | Los Angeles | CA | Meiyou You | Bingqing Yang, Luca88.Comin, Luca Oil & Gas Development, Luca International Group LLC, Luca Asset Management Corporation, Liu Sheng, Robert C. Hsu, Does 1-100 |

B7 (Official Form 7) (04/13)
3

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
4

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Hoover Slovacek LLP**<br>**5051 Westheimer**<br>**Suite 1200**<br>**Houston, TX 77056** | **7/14/2015, by Luca Operation, LLC for the joint representation of Luca International Group LLC, Luca International Group (Texas) LLC , Luca Operation, LLC , Luca Barnet Shale Joint Venture, LLC, Luca Energy Fund LLC , Luca Energy Resources, LLC , Luca Resources Group, LLC, Luca I, LP, Luca II, LP, Luca Oil, LLC, Luca To-Kalon Energy, LLC , and Luca Oil II Joint Venture.** | **$20,000.00 was paid for pre-petition bankruptcy representation and counsel. The entire $20,000 was applied to prepetition services rendered.**<br>**8/5/2015, Luca Operation, LLC prepaid the filing fees totaling $20,604 (12 cases @ $1,717 per case).** |
| **Stout Risius Ross, Inc.**<br>**815 Walker, Suite 1140**<br>**Houston, TX 77002** | **7/14/2015, by Luca Operation, LLC for the joint management of Luca International Group LLC, Luca International Group (Texas) LLC , Luca Operation, LLC , Luca Barnet Shale Joint Venture, LLC, Luca Energy Fund LLC , Luca Energy Resources, LLC , Luca Resources Group, LLC, Luca I, LP, Luca II, LP, Luca Oil, LLC, Luca To-Kalon Energy, LLC , and Luca Oil II Joint Venture.** | **$20,000.00 was paid for pre-petition services as Chief Financial Officer and Financial Advisor.  The entire $20,000 was applied to prepetition services rendered.** |

---

**10.  Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Alpha Omega Land Services LLC** | **7/10/2014** | **Assignment is being investigated; to be supplemented.** |

**See attached Exhibit SOFA 3C, 10, and 23 List of Payments and Transfers to Insiders and Affiliates**

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

B7 (Official Form 7) (04/13)
5

---

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **See attached Exhibit SOFA 15, List of previous addresses.** | | |

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

**EXHIBIT SOFA 15**
**List of Previous Addresses**

| Houston Office | Office Location | Date |
|---|---|---|
| | 10375 Richmond Avenue, #1370 Houston, TX 77042 | 4/2011 – 5/2013 |
| | 600 Travis Street, Suite 6920 Houston, TX 77002 | 5/15/2013 – 6/2015 |
| | 12 Greenway Plaza, Suite 1168, 1107, 1170 Houston, TX 77046 | 7/15/2015 – 8/2015 |
| | 8588 Katy Freeway Suite 430, Houston, TX 77024 | 8/31/2015 |
| Fremont Office | 39650 Liberty Street, Suite 410 Fremont, CA 95438 | Sometime between 2004 and 2005 – 5/31/2015 |
| San Gabriel Office | 227 W. Valley Blvd., Suite 208-A, San Gabriel, CA 91776 | Unknown – 2/26/2015 |

B7 (Official Form 7) (04/13)
6

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None □ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Luca International Group, LLC | 98-0451086 | 12 Greenway Plaza, Suite 1168 Houston, TX 77046 | Oil & Gas Exploration and Development | 10/27/2011 |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None □ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

B7 (Official Form 7) (04/13)
7

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **See attached Exhibit SOFA 19A** | |
| **List of Bookkeepers and Accountants** | |

None  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
■    of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
■    of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■    issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

## 20. Inventories

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■    and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.
■

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21 . Current Partners, Officers, Directors and Shareholders

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐    controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Bingqing Yang** | **Manager** | **100% Member** |
| **3704 Monte Sereno Terrace** | | |
| **Fremont, CA 94539** | | |

## 22 . Former partners, officers, directors and shareholders

None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■    commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
☐    immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**EXHIBIT SOFA 19A**
**List of Bookkeepers and Accountants**

| Name | Title | Hire Date | Term. Date | Address |
|------|-------|-----------|------------|---------|
| Kun Wong | Corporate Controller | 9/25/2012 | 12/4/2013 | 255 Elmwood Lane Hayward, CA 94541 |
| DeLisa Kennard | Engineer Tech/Controller | 11/16/2012 | 7/10/2014 | 3719 Iris Ridge Way Fresno, TX 77545 |
| Jerry Chan | Assistant CFO | 3/3/2014 | 7/23/2014 | 20564 Verde Ct Saratoga, CA 95070 |
| James Diaz | CFO | 8/6/2013 | 9/3/2013 | 16003 Creek Hill Ln Cypress, TX 77429 |
| Daniel Corredor | CFO | 5/18/2015 | 6/3/2015 | 7219 Rolling Meadow Richmond, TX 77469 |
| Becky Gillespie | Controller | 1/16/2015 | 6/15/2015 | 713 S. Wells Edna, TX 77957 |
| Ning Tran | Accountant | 12/1/2011 | | 10118 Crescent Bluff Ln Houston, TX 77070 |
| Yang Cao | Accountant | 3/12/2013 | 6/3/2015 | 1873 Messina Dr San Jose, CA 95132 |
| Monica Archer | Accounting Clerk | 3/1/2015 | 6/27/2015 | 9634 LARSTON, Houston, TX 77055 |
| Ying Yu | Accountant | 4/1/2011 | 8/21/2015 | 37712 Los Arboles Dr Fremont, CA 94536 |

B7 (Official Form 7) (04/13)

8

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Bingqing Yang**<br>**3704 Monte Sereno Terrace**<br>**Fremont, CA 94539** | **Manager** | **8/6/2015** |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None<br>☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR<br>**See attached Exhibit SOFA 3C, 10, and 23**<br>**List of Payments and Transfers to Insiders** | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None<br>■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None<br>■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    09/09/2015                                   Signature    /s/ Loretta R. Cross
                                                                  **Loretta R. Cross**
                                                                  **Chief Restructuring Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of Texas

In re    **Luca International Group, LLC**

Debtor

Case No.   **15-34221-H2-11**

Chapter           **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bingqing Yang** | | **100%** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _09/09/2015_

Signature _/s/ Loretta R. Cross_

**Loretta R. Cross**
**Chief Restructuring Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

____0____ continuation sheets attached to List of Equity Security Holders