

ENTERED
10/19/2015

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| LUCA INTERNATIONAL GROUP LLC[1] | § | CASE NO. 15-34221-H2-11 |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | Judge David R. Jones |
| | § | |

**ORDER APPROVING SALE OF 2012 BX3 BMW FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS UNDER 11 U.S.C §§ 363 AND 105**

[RELATED TO DOCKET NO. 255]

The Court having considered the Debtors' Expedited Motion to Sell a 2012 BX3 BMW, the evidence presented thereon, and the argument of counsel and it appearing that the Court has jurisdiction over the sale and that it is a core preceding, that the notice of the sale and hearing thereon was sufficient, and the Court finding good cause exists, that the sale is in the sound business judgment of the Chapter 11 debtor, and it further appearing that the relief sought by is in the best interest of the estate and its creditors, it is hereby

ORDERED that pursuant to Sections 363(b) and (f) and Section 105 of the Bankruptcy Code, the sale of the 2012 BX3 BMW, VIN 5UXWX5C51CL725473 ("Vehicle") for $16,500 or higher to Texas Auto Direct or CarMax is approved.  It is further

ORDERED that the Vehicle be sold free and clear of all liens, claims, judgments, charges encumbrances, and other interests.  It is further

ORDERED that Vehicle is being sold "as is" with all faults and no warranties.  It is further

ORDERED that the 2015 taxes due to Harris County shall be paid from the sale proceeds of the Vehicle.

Signed:  October 19, 2015.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these cases, along with the last four digits of their respective taxpayer ID numbers, are Luca International Group LLC (1086), Luca Operation, LLC (0343), Luca International Group (Texas) LLC (5577), Luca Barnet Shale Joint Venture, LLC (5340), Luca Energy Fund LLC (0677), Luca Energy Resources, LLC (3896), Luca Resources Group, LLC (1699), Luca I, LP (4104), Luca II, LP, (9778), Luca Oil, LLC (8161), Luca To-Kalon Energy LLC (3922), Luca Oil II Joint Venture (6604).

{851243-00009 BAS 9/30/2015 01002335.DOCX 1 }