

ENTERED
10/20/2015

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 15-34221 |
| | § | Jointly Administered Order |
| LUCA INTERNATIONAL GROUP LLC, *et al* | § | CHAPTER 11 |
| | § | |
| Debtor(s). | § | DAVID R. JONES |

### ORDER
**(Docket No. 124)**

For the reasons stated on the record pursuant to Bankruptcy Rule 7052, the Debtors' Motion for Order, Pursuant to Sections 363(b) and 503(e) of the Bankruptcy Code to Approve Key Employee Inventive Plan and Key Employee Retention Plan is denied without prejudice to a future motion regarding amounts due under Mr. Dale Wetherbee's employment agreement.

**SIGNED: October 20, 2015.**

_____
**DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE**