IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| | § | |
| IN RE: | § | Chapter 11 |
| | § | |
| LUCA INTERNATIONAL GROUP L.L.C. | § | Case No. 15-34221-H2-11 |
| *et al.*, | § | |
| | § | Jointly Administered |
| Debtors.[1] | § | |
| | § | |
| | § | |

**LIQUIDATING TRUSTEE'S MOTION TO ENFORCE SETTLEMENT AGREEMENT
AND REQUEST FOR ATTORNEYS' FEES**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**A HEARING WILL BE CONDUCTED ON THIS MATTER ON JULY 17, 2017 AT 1:00
P.M. IN COURTROOM 400, 4TH FLOOR, 515 RUSK, HOUSTON, TEXAS 77002.**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU
OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING
PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT
AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING
PARTY.  YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE
DATE THIS WAS SERVED ON YOU.  YOUR RESPONSE MUST STATE WHY THE
MOTION SHOULD NOT BE GRANTED.   IF YOU DO NOT FILE A TIMELY
RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO
YOU. IF YOU OPPOSED THE MOTION AND HAVE NOT REACHED AN
AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE
OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND
MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
TO THE HONORABLE CHIEF UNITED STATES BANRKRUPTCY JUDGE:

Liquidating Trustee Randy Williams ("Liquidating Trustee" or "Movant") files this Motion

to Enforce Settlement Agreement and Request for Attorney's Fees ("Motion"), and would

respectfully show the Court the following:

---

[1] The Debtors in these cases, along with the last four digits of their respective taxpayer ID numbers, are Luca
International Group LLC (1086), Luca Operation, LLC (0343), Luca International Group (Texas) LLC (5577), Luca
Barnet Shale Joint Venture, LLC (5340), Luca Energy Fund LLC (0677), Luca Energy Resources, LLC (3896), Luca
Resources Group, LLC (1699), Luca I, LP (4104), Luca II, LP, (9778), Luca Oil, LLC (8161), Luca To-Kalon Energy
LLC (3922), Luca Oil II Joint Venture (6604).

{851271-00001 LKP 6/1/2017 01145368.DOCX 1}          1

## I.    SUMMARY OF RELIEF REQUESTED

Debtors, Meiyu "Shelley" You ("Ms. You"), and the Official Committee of Equity Holders (the "Committee") (collectively the "Parties") entered into a binding settlement agreement that was approved by this Court on August 1, 2016 (Doc. No. 776), attached hereto as Exhibit "A". Ms. You failed to pay funds due to the Liquidating Trust pursuant to the Settlement Agreement and is now attempting to circumvent the Settlement Agreement by entry of a subsequent agreement with Bingqing Yang that stopped a foreclosure on the Driscoll Road Property, and has received funds that belong to the Liquidating Trust. Liquidating Trustee seeks an order from this Court enforcing the Settlement Agreement.

## II.    JURISDICTION, VENUE, AND AUTHORITY

1.    This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This proceeding is a core proceeding pursuant to 28 U.S. § 157(b), and this Court has Constitutional authority to enter a final judgment in this proceeding.  Venue is proper in this District and in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## III.    RELEVANT BACKGROUND FACTS

2.    On August 6, 2015, each individual Debtor filed for Chapter 11 bankruptcy.  The Court entered an Order Granting Debtors' Emergency Motion for Joint Administration of Cases under Case No. 15-34221-H2-11, in the United States Bankruptcy Court for the Southern District of Texas, Houston Division.

3.    On July 18, 2016, the Court entered its Confirmation Order, confirming the Debtors' First Amended Joint Chapter 11 Plan, appointing Randy Williams as Liquidating Trustee, and approving the liquidating trust.  (Doc. No. 766).

4.      On or about July 28, 2016, Debtors, Ms. You, and Committee entered into a settlement agreement (the "Settlement Agreement"), whereby Ms. You agreed that the Liquidating Trustee shall be paid $120,000 from the proceeds of any refinancing, sale or other liquidation or disposition of the real property located at 2822 Driscroll Road, Fremont, California 94539 (the "Driscoll Road Property")….. See the Settlement Agreement, attached hereto as Exhibit "A". Specifically, paragraphs e, f, and g of the Settlement Agreement states,

> e.      Ms. You agrees that the Liquidating Trustee shall be paid $120,000 from the proceeds of any refinancing, sale, or other liquidation or disposition of the real property located at 2822 Driscoll Road, Fremont, California 94539 (the "Driscoll Road Property") on account of the Debtors' or Liquidating Trust's subrogation rights to Polycomp Trust Company FBO Ira J. Boren ("Polycomp") granted or acknowledged in the Order Granting Polycomp's Claim of Interest in Proceeds at Doc. No. 545 and shall receive such $120,000 prior to Ms. You obtaining any proceeds from the Driscoll Property;
>
> f.      Once the Liquidating Trustee has received payment of $120,000 in full from the proceeds of the Driscoll Road Property, the Debtors agree that any further interest in or rights to the Driscoll Road Property that that Debtors of Liquidating Trustee may have, whether under a right  of subrogation or otherwise shall be subordinate and junior to Ms. You's claim and lien against the Driscoll Road Property, the Liquidating Trust shall be entitled to receive any remaining funds or property under the Debtors' or is subrogation rights;
>
> g.      If the Debtors' or Liquidating Trust subrogation rights to Polycomp are determined to be unenforceable or non-existent as to the Driscoll Road Property after the challenge of such subrogation rights by a third party to this Agreement, the Liquidating Trust shall be paid the first $120,000 that Ms. You is entitled to receive from the proceeds of the Driscoll Road Property.

5.      On July 28, 2016, Debtors filed their Expedited Motion to Approve Compromise of Controversy Under Bankruptcy Rule 9019 (Doc. No. 771).

6.      On August 1, 2016, this Court issued the Order Granting Debtors' Expedited Motion to Approve Compromise of Controversy Under Bankruptcy Rule 9019 (Doc. No. 776).

7.      On or about February 15, 2017, counsel for Ms. You informed Liquidating Trustee of a pending foreclosure on the Driscoll Road Property that needed the Superior Court of California's approval to proceed with a certain bid placed by Ms. You.

8.      In response, counsel for Liquidating Trustee sent the attached emails and letter, marked as Exhibit "B", advising that the Liquidating Trustee would seek court intervention if Ms. You does not pay the $120,000 as agreed.

9.      On or about April 13, 2017, counsel for Liquidating Trustee learned that the Ms. You's proposed bid was granted and that Ms. You would submit a credit bid and partial cash payment to the Alameda Sheriff's department for a Writ of Execution Sale. In an effort to determine the status of the matter, Counsel for Liquidating Trustee followed up numerous times with counsel for Ms. You.

10.     On May 19, 2017, Allan Sarver, counsel for Polycomp sent a letter to the undersigned counsel advising that Polycomp's Deed of Trust was paid in full and to determine whether Debtors' Counsel objects to the reconveyance of the deed of trust to Ms. Yang.  See Exhibit "C" attached hereto.  Liquidating Trustee is opposed to this request because the Liquidating Trust has not been paid pursuant to the Settlement Agreement.  If Ms. Yang is reconveyed the deed of trust, then the Liquidating Trust's subrogation rights will be hindered.

11.     Subsequently, John Chu, counsel for Bingqing Yang, advised that Bingqing Yang refinanced the loan on the Driscoll Road Property and paid off Polycomp and Meiyu You, which then halted the Writ of Execution Sale.  See Exhibit "D" attached hereto.

### IV.    CONCLUSION AND RELIEF REQUESTED

12.    Therefore, Ms. Yang refinanced the loan on the Driscoll Road Property and paid off Polycomp and Ms. You, who did not pay the Liquidating Trust pursuant to the Settlement Agreement.  Ms. You has breached the Settlement Agreement, and Liquidating Trustee seeks to enforce the it.

13.    Liquidating Trustee has incurred attorneys' fees in bringing this motion and hereby seeks reasonable attorneys' fees.

### V.    Prayer

WHEREFORE, Liquidating Trustee, Randy Williams, respectfully requests that this Court grant its Motion to Enforce the Settlement Agreement and Request for Attorneys' Fees, that the Court entered an order directing Ms. You to disburse funds, which are still due and owing, to the Liquidating Trust, and that it grant such other and further relief, either at law or equity, general or special, to which the Liquidating Trustee may show himself justly entitled.

DATED: June 15, 2017

Respectfully submitted,

HOOVER SLOVACEK LLP

By: */s/ Brendetta A. Scott*
      EDWARD L. ROTHBERG
      State Bar No. 17313990
      Email: rothberg@hooverslovacek.com
      BRENDETTA A. SCOTT
      State Bar No. 24012219
      Email: scott@hooverslovacek.com
      5051 Westheimer, Suite 1200
      Galleria Tower II
      Houston, TX 77056
      Telephone: (713) 977-8686
      Facsimile: (713) 977-5395

ATTORNEYS FOR LIQUIDATING TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2017, a true and correct copy of the foregoing Motion to Enforce was served via the Court's ECF Notification System to the parties listed below.

/s/ Brendetta A. Scott
BRENDETTA A. SCOTT

**15-34221 Notice will be electronically mailed to:**

John Baumgartner
jbaumgartner@srr.com

Brandon Augustus Brown on behalf of Creditor Belle Grove Industrial Park, Inc.
bbrown@stewartrobbins.com, kheard@stewartrobbins.com

Brandon Augustus Brown on behalf of Creditor Belle Grove Plantation, LLC
bbrown@stewartrobbins.com, kheard@stewartrobbins.com

Deirdre Carey Brown on behalf of Debtor Luca International Group LLC
brown@hooverslovacek.com,
skerrett@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankruptcy1@hooverslovacek.com

Deirdre Carey Brown on behalf of Joint Debtor Luca Barnet Shale Joint Venture, LLC
brown@hooverslovacek.com,
skerrett@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankruptcy1@hooverslovacek.com

Deirdre Carey Brown on behalf of Joint Debtor Luca Energy Fund LLC
brown@hooverslovacek.com,
skerrett@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankruptcy1@hooverslovacek.com

Deirdre Carey Brown on behalf of Joint Debtor Luca Energy Resources, LLC
brown@hooverslovacek.com,
skerrett@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankruptcy1@hooverslovacek.com

Deirdre Carey Brown on behalf of Joint Debtor Luca I, LP
brown@hooverslovacek.com,
skerrett@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankruptcy1@hooverslovacek.com

Deirdre Carey Brown on behalf of Joint Debtor Luca II, LP
brown@hooverslovacek.com,
skerrett@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankruptcy1@hooverslovacek.com

Deirdre Carey Brown on behalf of Joint Debtor Luca International Group (Texas) LLC

brown@hooverslovacek.com,
skerrett@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankruptcy1@hooverslovacek.com

Deirdre Carey Brown on behalf of Joint Debtor Luca Oil II Joint Venture
brown@hooverslovacek.com,
skerrett@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankruptcy1@hooverslovacek.com

Deirdre Carey Brown on behalf of Joint Debtor Luca Oil, LLC
brown@hooverslovacek.com,
skerrett@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankruptcy1@hooverslovacek.com

Deirdre Carey Brown on behalf of Joint Debtor Luca Operation, LLC
brown@hooverslovacek.com,
skerrett@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankruptcy1@hooverslovacek.com

Deirdre Carey Brown on behalf of Joint Debtor Luca Resources Group, LLC
brown@hooverslovacek.com,
skerrett@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankruptcy1@hooverslovacek.com

Deirdre Carey Brown on behalf of Joint Debtor Luca To-Kalon Energy, LLC
brown@hooverslovacek.com,
skerrett@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankruptcy1@hooverslovacek.com

Jeffrey D. Carruth on behalf of Creditor Weatherford US LP
jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Brooke B Chadeayne on behalf of Creditor Committee Official Committee of Equity Securities Holders
bchadeayne@lockelord.com, dsmith@lockelord.com

Sonia Anne Chae on behalf of Creditor Sonia Chae U.S. Securities & Exchange Commission
chaes@sec.gov, chaes@sec.gov

Sonia Anne Chae on behalf of Creditor Sonia Chae United States Securities & Exchange Commission
chaes@sec.gov, chaes@sec.gov

Hoa T Cooc on behalf of Creditor Guozhu Long
h.cooc@cooclaw.com

Hoa T Cooc on behalf of Creditor Jianguo Qian
h.cooc@cooclaw.com

Hoa T Cooc on behalf of Creditor Xiuhua Zhang
h.cooc@cooclaw.com

Loretta Cross

lcross@srr.com

Tony L. Draper on behalf of Interested Party Hanover Insurance Company
tdraper@wwmlawyers.com

Hector Duran on behalf of U.S. Trustee US Trustee
Hector.Duran.Jr@usdoj.gov

Philip G Eisenberg on behalf of Creditor Committee Official Committee of Equity Securities Holders
peisenberg@lockelord.com

Joseph G Epstein on behalf of Creditor Hebei Haitian Construction Co. Ltd.
joe@epsteintexaslaw.com, info@epsteintexaslaw.com

Joseph G Epstein on behalf of Creditor Jin Ming Hua
joe@epsteintexaslaw.com, info@epsteintexaslaw.com

Joseph G Epstein on behalf of Creditor Xin Zhou
joe@epsteintexaslaw.com, info@epsteintexaslaw.com

Joseph G Epstein on behalf of Creditor Zhou Yu
joe@epsteintexaslaw.com, info@epsteintexaslaw.com

Vianey Garza on behalf of Counter-Defendant Bingqing Yang
vgarza@cagehill.com

Vianey Garza on behalf of Plaintiff Bingqing Yang
vgarza@cagehill.com

Steven William Golden on behalf of Creditor Committee Official Committee of Equity Securities Holders
steven.golden@lockelord.com

Steven William Golden on behalf of Creditor Committee Official Committee of Equity Security Holders
steven.golden@lockelord.com

Steven William Golden on behalf of Creditor Committee Official Committee of Equity Security Holders
sgolden@pszjlaw.com

Tara L Grundemeier on behalf of Creditor Harris County
houston_bankruptcy@publicans.com

Elizabeth M Guffy on behalf of Counter-Claimant Official Committee of Equity Security Holders
eguffy@lockelord.com, eguffy@ecf.epiqsystems.com

Elizabeth M Guffy on behalf of Creditor Committee Official Committee of Equity Securities Holders
eguffy@lockelord.com, eguffy@ecf.epiqsystems.com

Joseph Patrick Hebert on behalf of Creditor Select Oilfield Services, LLC
jphebert@liskow.com, cguidry@liskow.com

Courtney Hull on behalf of Creditor Texas Comptroller of Public Accounts

{851271-00001 LKP 6/1/2017 01145368.DOCX 1}      8

bk-chull@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov

Hunter Brandon Jones on behalf of Creditor Meiyu "Shelley" You
brandon@bondsellis.com

Hunter Brandon Jones on behalf of Defendant Meiyu "Shelley" You
brandon@bondsellis.com

T. Josh Judd on behalf of Debtor Luca Barnet Shale Joint Venture, LLC
jjudd@andrewsmyers.com, BRatliff@andrewsmyers.com;ncosta@andrewsmyers.com

T. Josh Judd on behalf of Debtor Luca Energy Fund LLC
jjudd@andrewsmyers.com, BRatliff@andrewsmyers.com;ncosta@andrewsmyers.com

T. Josh Judd on behalf of Debtor Luca Energy Resources, LLC
jjudd@andrewsmyers.com, BRatliff@andrewsmyers.com;ncosta@andrewsmyers.com

T. Josh Judd on behalf of Debtor Luca I, LP
jjudd@andrewsmyers.com, BRatliff@andrewsmyers.com;ncosta@andrewsmyers.com

T. Josh Judd on behalf of Debtor Luca II, LP
jjudd@andrewsmyers.com, BRatliff@andrewsmyers.com;ncosta@andrewsmyers.com

T. Josh Judd on behalf of Debtor Luca International Group (Texas) LLC
jjudd@andrewsmyers.com, BRatliff@andrewsmyers.com;ncosta@andrewsmyers.com

T. Josh Judd on behalf of Debtor Luca Oil II Joint Venture
jjudd@andrewsmyers.com, BRatliff@andrewsmyers.com;ncosta@andrewsmyers.com

T. Josh Judd on behalf of Debtor Luca Oil, LLC
jjudd@andrewsmyers.com, BRatliff@andrewsmyers.com;ncosta@andrewsmyers.com

T. Josh Judd on behalf of Debtor Luca Operation, LLC
jjudd@andrewsmyers.com, BRatliff@andrewsmyers.com;ncosta@andrewsmyers.com

T. Josh Judd on behalf of Debtor Luca Resources Group, LLC
jjudd@andrewsmyers.com, BRatliff@andrewsmyers.com;ncosta@andrewsmyers.com

T. Josh Judd on behalf of Debtor Luca To-Kalon Energy, LLC
jjudd@andrewsmyers.com, BRatliff@andrewsmyers.com;ncosta@andrewsmyers.com

T. Josh Judd on behalf of Plaintiff Luca Operation, LLC
jjudd@andrewsmyers.com, BRatliff@andrewsmyers.com;ncosta@andrewsmyers.com

Daniel J Kasprzak on behalf of Defendant Collarini Energy Staffing, Inc.
dkasprzak@jdkklaw.com

Sara Mya Keith on behalf of Creditor Collarini Energy Staffing Inc
skeith@jdkglaw.com, msolis@jdkglaw.com

Don J. Knabeschuh on behalf of Creditor Collarini Energy Staffing Inc

dknabecf@gmail.com

Don J. Knabeschuh on behalf of Defendant Collarini Energy Staffing, Inc.
dknabecf@gmail.com

George A. Kurisky, Jr. on behalf of Creditor Hawkeye Stratigraphic, Inc.
gkurisky@jdkklaw.com,
kgoodman@jdkklaw.com;dabreo@jdkglaw.com;preeves@jdkglaw.com;ttribble@jdkglaw.com;bborrego
@jdkglaw.com

Steven A. Leyh on behalf of Creditor Ric Rabon & Associates, LLC
sleyh@lpmfirm.com, khaley@lpmfirm.com;lpm.ecf@gmail.com;aaguilar@lpmfirm.com

Charles E Long on behalf of Creditor Bingqing Yang
clong@cagehill.com, cagehill@cagehill.com

Charles E Long on behalf of Creditor Bing Yang
clong@cagehill.com, cagehill@cagehill.com

Charles E Long on behalf of Creditor Bingqing Yang
clong@cagehill.com, cagehill@cagehill.com

Charles E Long on behalf of Creditor Committee Bingqing Yang
clong@cagehill.com, cagehill@cagehill.com

Charles E Long on behalf of Plaintiff Bingqing Yang
clong@cagehill.com, cagehill@cagehill.com

Luca International Group LLC
kyle.li128@gmail.com

Simon Richard Mayer on behalf of Creditor Polycomp Trust Company FBO Ira J. Boren
srmayer@hwa.com, scastillo@hwa.com

Curtis W McCreight on behalf of Debtor Luca International Group LLC
mccreight@hooverslovacek.com, bankruptcy1@hooverslovacek.com;Mccreight.hsllp@gmail.com

Curtis W McCreight on behalf of Joint Debtor Luca Barnet Shale Joint Venture, LLC
mccreight@hooverslovacek.com, bankruptcy1@hooverslovacek.com;Mccreight.hsllp@gmail.com

Curtis W McCreight on behalf of Joint Debtor Luca Energy Fund LLC
mccreight@hooverslovacek.com, bankruptcy1@hooverslovacek.com;Mccreight.hsllp@gmail.com

Curtis W McCreight on behalf of Joint Debtor Luca Energy Resources, LLC
mccreight@hooverslovacek.com, bankruptcy1@hooverslovacek.com;Mccreight.hsllp@gmail.com

Curtis W McCreight on behalf of Joint Debtor Luca I, LP
mccreight@hooverslovacek.com, bankruptcy1@hooverslovacek.com;Mccreight.hsllp@gmail.com

Curtis W McCreight on behalf of Joint Debtor Luca II, LP
mccreight@hooverslovacek.com, bankruptcy1@hooverslovacek.com;Mccreight.hsllp@gmail.com

{851271-00001 LKP 6/1/2017 01145368.DOCX 1}      10

Curtis W McCreight on behalf of Joint Debtor Luca International Group (Texas) LLC
mccreight@hooverslovacek.com, bankruptcy1@hooverslovacek.com;Mccreight.hsllp@gmail.com

Curtis W McCreight on behalf of Joint Debtor Luca Oil II Joint Venture
mccreight@hooverslovacek.com, bankruptcy1@hooverslovacek.com;Mccreight.hsllp@gmail.com

Curtis W McCreight on behalf of Joint Debtor Luca Oil, LLC
mccreight@hooverslovacek.com, bankruptcy1@hooverslovacek.com;Mccreight.hsllp@gmail.com

Curtis W McCreight on behalf of Joint Debtor Luca Operation, LLC
mccreight@hooverslovacek.com, bankruptcy1@hooverslovacek.com;Mccreight.hsllp@gmail.com

Curtis W McCreight on behalf of Joint Debtor Luca Resources Group, LLC
mccreight@hooverslovacek.com, bankruptcy1@hooverslovacek.com;Mccreight.hsllp@gmail.com

Curtis W McCreight on behalf of Joint Debtor Luca To-Kalon Energy, LLC
mccreight@hooverslovacek.com, bankruptcy1@hooverslovacek.com;Mccreight.hsllp@gmail.com

John P Melko on behalf of Interested Party Schumann/Steier Holdings, LLC
jmelko@gardere.com, ggattis@gardere.com;swilson@gardere.com;rdiep@gardere.com

John A Mouton, III on behalf of Creditor T & P Well Testers of Lafayette, Inc.
john@jmoutonlaw.com, tammy@jmoutonlaw.com

John A Mouton, III on behalf of Interested Party T&P Well Testers of Lafayette, Inc.
john@jmoutonlaw.com, tammy@jmoutonlaw.com

Steven P Ordaz
sordaz@bmcgroup.com, ecfbk@bmcgroup.com

Patricia Williams Prewitt on behalf of Creditor Southern Natural Gas Company, LLC
pwp@pattiprewittlaw.com

Michael Kevin Riordan on behalf of Interested Party Schumann/Steier Holdings, LLC
mriordan@gardere.com, ggattis@gardere.com;rdiep@gardere.com

Edward L Rothberg on behalf of Debtor Luca Barnet Shale Joint Venture, LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Debtor Luca Energy Fund LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Debtor Luca Energy Resources, LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Debtor Luca I, LP
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Debtor Luca II, LP
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Debtor Luca International Group (Texas) LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Debtor Luca International Group LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Debtor Luca Oil II Joint Venture
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Debtor Luca Oil, LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Debtor Luca Operation, LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Debtor Luca Resources Group, LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Debtor Luca To-Kalon Energy, LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Joint Debtor Luca Barnet Shale Joint Venture, LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Joint Debtor Luca Energy Fund LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Joint Debtor Luca Energy Resources, LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Joint Debtor Luca I, LP
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Joint Debtor Luca II, LP
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Joint Debtor Luca International Group (Texas) LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Joint Debtor Luca Oil II Joint Venture
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Joint Debtor Luca Oil, LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Joint Debtor Luca Operation, LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Joint Debtor Luca Resources Group, LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

{851271-00001 LKP 6/1/2017 01145368.DOCX 1}      12

Edward L Rothberg on behalf of Joint Debtor Luca To-Kalon Energy, LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Other Prof. BMC Group, Inc.
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Plaintiff Luca Barnet Shale Joint Venture, LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Plaintiff Luca Energy Fund LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Plaintiff Luca Energy Resources, LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Plaintiff Luca I, LP
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Plaintiff Luca II, LP
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Plaintiff Luca International Group (Texas) LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Plaintiff Luca International Group LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Plaintiff Luca International Group LLC, et al.
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Plaintiff Luca Oil Joint Venture
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Plaintiff Luca Oil, LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Plaintiff Luca Operation, LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Plaintiff Luca Resources Group, LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Plaintiff Luca To-Kalon Energy LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Joseph Peak Rovira on behalf of Creditor Texas Tower Limited
josephrovira@andrewskurth.com

Brendetta Anthony Scott on behalf of Counter-Claimant Luca Barnet Shale Joint Venture, LLC
scott@hooverslovacek.com,

{851271-00001 LKP 6/1/2017 01145368.DOCX 1}     13

phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Counter-Claimant Luca Energy Fund LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Counter-Claimant Luca Energy Resources, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Counter-Claimant Luca I, LP
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Counter-Claimant Luca II, LP
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Counter-Claimant Luca International Group (Texas) LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Counter-Claimant Luca International Group LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Counter-Claimant Luca Oil II Joint Venture
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Counter-Claimant Luca Oil, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Counter-Claimant Luca Operation, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Counter-Claimant Luca Resources Group, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Counter-Claimant Luca To-Kalon Energy, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Debtor Luca Barnet Shale Joint Venture, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Debtor Luca Energy Fund LLC

scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Debtor Luca Energy Resources, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Debtor Luca I, LP
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Debtor Luca II, LP
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Debtor Luca International Group (Texas) LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Debtor Luca International Group LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Debtor Luca Oil II Joint Venture
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Debtor Luca Oil, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Debtor Luca Operation, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Debtor Luca Resources Group, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Debtor Luca To-Kalon Energy, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Defendant Luca Barnet Shale Joint Venture, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Defendant Luca Energy Fund LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Defendant Luca Energy Resources, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Defendant Luca I, LP
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Defendant Luca II, LP
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Defendant Luca International Group (Texas) LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Defendant Luca International Group LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Defendant Luca Oil II Joint Venture
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Defendant Luca Oil, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Defendant Luca Operation, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Defendant Luca Resources Group, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Defendant Luca To-Kalon Energy, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Financial Advisor John Baumgartner
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Joint Debtor Luca Barnet Shale Joint Venture, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Joint Debtor Luca Energy Fund LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Joint Debtor Luca Energy Resources, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Joint Debtor Luca I, LP
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Joint Debtor Luca II, LP
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Joint Debtor Luca International Group (Texas) LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Joint Debtor Luca Oil II Joint Venture
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Joint Debtor Luca Oil, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Joint Debtor Luca Operation, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Joint Debtor Luca Resources Group, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Joint Debtor Luca To-Kalon Energy, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Other Prof. BMC Group, Inc.
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Other Prof. Randy Williams
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Plaintiff Luca Barnet Shale Joint Venture, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Plaintiff Luca Energy Fund LLC
scott@hooverslovacek.com,

phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Plaintiff Luca Energy Resources, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Plaintiff Luca I, LP
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Plaintiff Luca II, LP
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Plaintiff Luca International Group (Texas) LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Plaintiff Luca International Group LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Plaintiff Luca International Group LLC, et al.
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Plaintiff Luca Oil Joint Venture
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Plaintiff Luca Oil, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Plaintiff Luca Operation, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Plaintiff Luca Resources Group, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Plaintiff Luca To-Kalon Energy LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Spec. Counsel BB&W LLP
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Trustee Randy Williams

{851271-00001 LKP 6/1/2017 01145368.DOCX 1}      18

scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Branch Masterson Sheppard on behalf of Creditor Hawkeye Stratigraphic, Inc.
bsheppard@gallowayjohnson.com, kreid@gallowayjohnson.com

Owen Mark Sonik on behalf of Creditor Alief Independent School District
osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com

Robert W St Clair on behalf of Creditor Guangxi Huashuo Investment Group
rstclair@lbklawyers.com, jchang@lbklawyers.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Charles Brittain Walther on behalf of Interested Party Hanover Insurance Company
bwalther@wwmlawyers.com

Gregg S Weinberg on behalf of Other Prof. John Chu
gweinberg@rmwbhlaw.com,
mrichards@rmwbhlaw.com;gdubey@rmwbhlaw.com;dholiday@rmwbhlaw.com;mrabe@rmwbhlaw.com

Sam X J Wu on behalf of Creditor Baoxin Shan
samwulaw@yahoo.com

Jason J.L Yang on behalf of Creditor Meiyu "Shelley" You
Jason@kennerlawgroup.com, stacy@kennerlawgroup.com

Jason J.L Yang on behalf of Defendant Meiyu "Shelley" You
Jason@kennerlawgroup.com, stacy@kennerlawgroup.com

Jason J.L Yang on behalf of Plaintiff Meiyu You
Jason@kennerlawgroup.com, stacy@kennerlawgroup.com