**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **LUCA INTERNATIONAL GROUP** | § | **CASE NO. 15-34221-H2-11** |
| **LLC[1]** | § | |
| Debtors. | § | **JOINTLY ADMINISTERED** |

## STATUS REPORT RELATED TO HEARING ON MOTION TO ENFORCE SETTLEMENT AGREEMENT
(Doc. No. 823)

Liquidating Trustee Randy Williams ("Liquidating Trustee" or "Mr. Williams") submits this Status Report:

1. On July 17, 2017, the Liquidating Trustee proceeded with an evidentiary hearing on his Motion to Enforce Settlement Agreement (Doc. No. 823). It was determined that the hearing would be continued and counsel would confer with Mr. John Chu to see if he would agree to voluntarily appear at the continued hearing.

2. On July 17, 2017, Mr. Chu was contacted by the undersigned counsel. Mr. Chu initially agreed to voluntarily appear subject to the Liquidating Trustee advancing mileage and travel costs. See Exhibit 1.

3. Mr. Chu stated he was available August 7-10, 2017. The preference of the Liquidating Trustee and Ms. You is on the afternoon of August 7, 2017.

---

1 The Debtors in these cases, along with the last four digits of their respective taxpayer ID numbers, are Luca International Group LLC (1086), Luca International Group (Texas) LLC (5577), Luca Operation, LLC (0343), Luca Barnet Shale Joint Venture, LLC (5340), Luca Energy Fund LLC (0677), Luca Energy Resources, LLC (3896), Luca Resources Group, LLC (1699), Luca I, LP (4104), Luca II, LP, (9778), Luca Oil, LLC (8161), Luca To-Kalon Energy LLC (3922), Luca Oil II Joint Venture (6604).

4.  On Sunday July 23, 2017, Mr. Chu emailed refusing to voluntarily appear and threatening criminal actions and litigation against anyone who attempted to compel his attendance.  See Exhibits 2 and 3.

5.  Mr. Chu was initially subpoenaed to testify at the July 17, 2017 hearing; however, by agreement, he was not required to appear.  Mr. Chu was listed on Mr. Williams' Witness List as a witness by deposition.

6.  Attached as Exhibit 4 is a proposed order for the Court's consideration, which has been submitted to Mr. Chu and counsel for Ms. You.

DATED:          July 25, 2017

                              Respectfully Submitted,

                              HOOVER SLOVACEK LLP

                                   */s/Brendetta A. Scott*
                              By:_____
                              BRENDETTA A. SCOTT
                              State Bar No. 24012219
                              Galleria Tower II
                              5051 Westheimer, Suite 1200
                              Houston, Texas 77056
                              Telephone: (713) 977-8686
                              Facsimile: (713) 977-5395
                              **ATTORNEY FOR LIQUIDATING TRUSTEE**
                              **RANDY WILLIAMS**


## CERTIFICATE OF SERVICE

        I hereby certify that on July 25, 2017, a true and correct copy of the foregoing Notice of Status Report regarding John Chu was forwarded via Email and the Court's ECF notification system to the parties listed below.

                              */s/ Brendetta A. Scott*
                              BRENDETTA A. SCOTT

**Via U.S. First Class Mail:**
John Chu
25 Kearny Street, Ste. 302
San Francisco, CA 94108-5515


**15-34221 Notice will be electronically mailed to:**

John Chu
jchu149@yahoo.com

John Baumgartner
jbaumgartner@srr.com

Brandon Augustus Brown on behalf of Creditor Belle Grove Industrial Park, Inc.
bbrown@stewartrobbins.com, kheard@stewartrobbins.com

Brandon Augustus Brown on behalf of Creditor Belle Grove Plantation, LLC
bbrown@stewartrobbins.com, kheard@stewartrobbins.com

Deirdre Carey Brown on behalf of Debtor Luca International Group LLC
brown@hooverslovacek.com,
skerrett@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankrup
tcy1@hooverslovacek.com

Deirdre Carey Brown on behalf of Joint Debtor Luca Barnet Shale Joint Venture, LLC
brown@hooverslovacek.com,
skerrett@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankrup
tcy1@hooverslovacek.com

Deirdre Carey Brown on behalf of Joint Debtor Luca Energy Fund LLC
brown@hooverslovacek.com,
skerrett@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankrup
tcy1@hooverslovacek.com

Deirdre Carey Brown on behalf of Joint Debtor Luca Energy Resources, LLC
brown@hooverslovacek.com,
skerrett@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankrup
tcy1@hooverslovacek.com

Deirdre Carey Brown on behalf of Joint Debtor Luca I, LP
brown@hooverslovacek.com,
skerrett@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankrup
tcy1@hooverslovacek.com

Deirdre Carey Brown on behalf of Joint Debtor Luca II, LP

brown@hooverslovacek.com,
skerrett@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankrup
tcy1@hooverslovacek.com

Deirdre Carey Brown on behalf of Joint Debtor Luca International Group (Texas) LLC
brown@hooverslovacek.com,
skerrett@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankrup
tcy1@hooverslovacek.com

Deirdre Carey Brown on behalf of Joint Debtor Luca Oil II Joint Venture
brown@hooverslovacek.com,
skerrett@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankrup
tcy1@hooverslovacek.com

Deirdre Carey Brown on behalf of Joint Debtor Luca Oil, LLC
brown@hooverslovacek.com,
skerrett@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankrup
tcy1@hooverslovacek.com

Deirdre Carey Brown on behalf of Joint Debtor Luca Operation, LLC
brown@hooverslovacek.com,
skerrett@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankrup
tcy1@hooverslovacek.com

Deirdre Carey Brown on behalf of Joint Debtor Luca Resources Group, LLC
brown@hooverslovacek.com,
skerrett@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankrup
tcy1@hooverslovacek.com

Deirdre Carey Brown on behalf of Joint Debtor Luca To-Kalon Energy, LLC
brown@hooverslovacek.com,
skerrett@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankrup
tcy1@hooverslovacek.com

Jeffrey D. Carruth on behalf of Creditor Weatherford US LP
jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Brooke B Chadeayne on behalf of Creditor Committee Official Committee of Equity
Securities Holders
bchadeayne@lockelord.com, dsmith@lockelord.com

Sonia Anne Chae on behalf of Creditor Sonia Chae U.S. Securities & Exchange Commission
chaes@sec.gov, chaes@sec.gov

Sonia Anne Chae on behalf of Creditor Sonia Chae United States Securities & Exchange
Commission

chaes@sec.gov, chaes@sec.gov

Hoa T Cooc on behalf of Creditor Guozhu Long
h.cooc@cooclaw.com

Hoa T Cooc on behalf of Creditor Jianguo Qian
h.cooc@cooclaw.com

Hoa T Cooc on behalf of Creditor Xiuhua Zhang
h.cooc@cooclaw.com

Loretta Cross
lcross@srr.com

Tony L. Draper on behalf of Interested Party Hanover Insurance Company
tdraper@wwmlawyers.com

Hector Duran on behalf of U.S. Trustee US Trustee
Hector.Duran.Jr@usdoj.gov

Philip G Eisenberg on behalf of Creditor Committee Official Committee of Equity Securities
Holders
peisenberg@lockelord.com

Joseph G Epstein on behalf of Creditor Hebei Haitian Construction Co. Ltd.
joe@epsteintexaslaw.com, info@epsteintexaslaw.com

Joseph G Epstein on behalf of Creditor Jin Ming Hua
joe@epsteintexaslaw.com, info@epsteintexaslaw.com

Joseph G Epstein on behalf of Creditor Xin Zhou
joe@epsteintexaslaw.com, info@epsteintexaslaw.com

Joseph G Epstein on behalf of Creditor Zhou Yu
joe@epsteintexaslaw.com, info@epsteintexaslaw.com

Vianey Garza on behalf of Counter-Defendant Bingqing Yang
vgarza@cagehill.com

Vianey Garza on behalf of Plaintiff Bingqing Yang
vgarza@cagehill.com

Steven William Golden on behalf of Creditor Committee Official Committee of Equity
Securities Holders
steven.golden@lockelord.com

Steven William Golden on behalf of Creditor Committee Official Committee of Equity
Security Holders
steven.golden@lockelord.com

Steven William Golden on behalf of Creditor Committee Official Committee of Equity
Security Holders
sgolden@pszjlaw.com

Tara L Grundemeier on behalf of Creditor Harris County
houston_bankruptcy@publicans.com

Elizabeth M Guffy on behalf of Counter-Claimant Official Committee of Equity Security
Holders
eguffy@lockelord.com, eguffy@ecf.epiqsystems.com

Elizabeth M Guffy on behalf of Creditor Committee Official Committee of Equity Securities
Holders
eguffy@lockelord.com, eguffy@ecf.epiqsystems.com

Joseph Patrick Hebert on behalf of Creditor Select Oilfield Services, LLC
jphebert@liskow.com, cguidry@liskow.com

Courtney Hull on behalf of Creditor Texas Comptroller of Public Accounts
bk-chull@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov

Hunter Brandon Jones on behalf of Creditor Meiyu "Shelley" You
brandon@bondsellis.com

Hunter Brandon Jones on behalf of Defendant Meiyu "Shelley" You
brandon@bondsellis.com

T. Josh Judd on behalf of Debtor Luca Barnet Shale Joint Venture, LLC
jjudd@andrewsmyers.com, BRatliff@andrewsmyers.com;ncosta@andrewsmyers.com

T. Josh Judd on behalf of Debtor Luca Energy Fund LLC
jjudd@andrewsmyers.com, BRatliff@andrewsmyers.com;ncosta@andrewsmyers.com

T. Josh Judd on behalf of Debtor Luca Energy Resources, LLC
jjudd@andrewsmyers.com, BRatliff@andrewsmyers.com;ncosta@andrewsmyers.com

T. Josh Judd on behalf of Debtor Luca I, LP
jjudd@andrewsmyers.com, BRatliff@andrewsmyers.com;ncosta@andrewsmyers.com

T. Josh Judd on behalf of Debtor Luca II, LP
jjudd@andrewsmyers.com, BRatliff@andrewsmyers.com;ncosta@andrewsmyers.com

T. Josh Judd on behalf of Debtor Luca International Group (Texas) LLC
jjudd@andrewsmyers.com, BRatliff@andrewsmyers.com;ncosta@andrewsmyers.com

T. Josh Judd on behalf of Debtor Luca Oil II Joint Venture
jjudd@andrewsmyers.com, BRatliff@andrewsmyers.com;ncosta@andrewsmyers.com

T. Josh Judd on behalf of Debtor Luca Oil, LLC
jjudd@andrewsmyers.com, BRatliff@andrewsmyers.com;ncosta@andrewsmyers.com

T. Josh Judd on behalf of Debtor Luca Operation, LLC
jjudd@andrewsmyers.com, BRatliff@andrewsmyers.com;ncosta@andrewsmyers.com

T. Josh Judd on behalf of Debtor Luca Resources Group, LLC
jjudd@andrewsmyers.com, BRatliff@andrewsmyers.com;ncosta@andrewsmyers.com

T. Josh Judd on behalf of Debtor Luca To-Kalon Energy, LLC
jjudd@andrewsmyers.com, BRatliff@andrewsmyers.com;ncosta@andrewsmyers.com

T. Josh Judd on behalf of Plaintiff Luca Operation, LLC
jjudd@andrewsmyers.com, BRatliff@andrewsmyers.com;ncosta@andrewsmyers.com

Daniel J Kasprzak on behalf of Defendant Collarini Energy Staffing, Inc.
dkasprzak@jdkklaw.com

Sara Mya Keith on behalf of Creditor Collarini Energy Staffing Inc
skeith@jdkglaw.com, msolis@jdkglaw.com

Don J. Knabeschuh on behalf of Creditor Collarini Energy Staffing Inc
dknabecf@gmail.com

Don J. Knabeschuh on behalf of Defendant Collarini Energy Staffing, Inc.
dknabecf@gmail.com

George A. Kurisky, Jr. on behalf of Creditor Hawkeye Stratigraphic, Inc.
gkurisky@jdkklaw.com,
kgoodman@jdkklaw.com;dabreo@jdkglaw.com;ttribble@jdkglaw.com;bborrego@jdkglaw.c
om;cgrimm@jdkglaw.com

Steven A. Leyh on behalf of Creditor Ric Rabon & Associates, LLC
sleyh@lpmfirm.com, khaley@lpmfirm.com;lpm.ecf@gmail.com;aaguilar@lpmfirm.com

Charles E Long on behalf of Creditor Bingqing Yang
clong@cagehill.com, cagehill@cagehill.com

Charles E Long on behalf of Creditor Bing Yang
clong@cagehill.com, cagehill@cagehill.com

Charles E Long on behalf of Creditor Bingqing Yang
clong@cagehill.com, cagehill@cagehill.com

Charles E Long on behalf of Creditor Committee Bingqing Yang
clong@cagehill.com, cagehill@cagehill.com

Charles E Long on behalf of Plaintiff Bingqing Yang
clong@cagehill.com, cagehill@cagehill.com

Luca International Group LLC
kyle.li128@gmail.com

Simon Richard Mayer on behalf of Creditor Polycomp Trust Company FBO Ira J. Boren
srmayer@hwa.com, scastillo@hwa.com

Curtis W McCreight on behalf of Debtor Luca International Group LLC
mccreight@hooverslovacek.com,
bankruptcy1@hooverslovacek.com;Mccreight.hsllp@gmail.com

Curtis W McCreight on behalf of Joint Debtor Luca Barnet Shale Joint Venture, LLC
mccreight@hooverslovacek.com,
bankruptcy1@hooverslovacek.com;Mccreight.hsllp@gmail.com

Curtis W McCreight on behalf of Joint Debtor Luca Energy Fund LLC
mccreight@hooverslovacek.com,
bankruptcy1@hooverslovacek.com;Mccreight.hsllp@gmail.com

Curtis W McCreight on behalf of Joint Debtor Luca Energy Resources, LLC
mccreight@hooverslovacek.com,
bankruptcy1@hooverslovacek.com;Mccreight.hsllp@gmail.com

Curtis W McCreight on behalf of Joint Debtor Luca I, LP
mccreight@hooverslovacek.com,
bankruptcy1@hooverslovacek.com;Mccreight.hsllp@gmail.com

Curtis W McCreight on behalf of Joint Debtor Luca II, LP
mccreight@hooverslovacek.com,
bankruptcy1@hooverslovacek.com;Mccreight.hsllp@gmail.com

Curtis W McCreight on behalf of Joint Debtor Luca International Group (Texas) LLC
mccreight@hooverslovacek.com,
bankruptcy1@hooverslovacek.com;Mccreight.hsllp@gmail.com

Curtis W McCreight on behalf of Joint Debtor Luca Oil II Joint Venture
mccreight@hooverslovacek.com,

bankruptcy1@hooverslovacek.com;Mccreight.hsllp@gmail.com

Curtis W McCreight on behalf of Joint Debtor Luca Oil, LLC
mccreight@hooverslovacek.com,
bankruptcy1@hooverslovacek.com;Mccreight.hsllp@gmail.com

Curtis W McCreight on behalf of Joint Debtor Luca Operation, LLC
mccreight@hooverslovacek.com,
bankruptcy1@hooverslovacek.com;Mccreight.hsllp@gmail.com

Curtis W McCreight on behalf of Joint Debtor Luca Resources Group, LLC
mccreight@hooverslovacek.com,
bankruptcy1@hooverslovacek.com;Mccreight.hsllp@gmail.com

Curtis W McCreight on behalf of Joint Debtor Luca To-Kalon Energy, LLC
mccreight@hooverslovacek.com,
bankruptcy1@hooverslovacek.com;Mccreight.hsllp@gmail.com

John P Melko on behalf of Interested Party Schumann/Steier Holdings, LLC
jmelko@gardere.com, ggattis@gardere.com;swilson@gardere.com;rdiep@gardere.com

John A Mouton, III on behalf of Creditor T & P Well Testers of Lafayette, Inc.
john@jmoutonlaw.com, tammy@jmoutonlaw.com

John A Mouton, III on behalf of Interested Party T&P Well Testers of Lafayette, Inc.
john@jmoutonlaw.com, tammy@jmoutonlaw.com

Steven P Ordaz
sordaz@bmcgroup.com, ecfbk@bmcgroup.com

Patricia Williams Prewitt on behalf of Creditor Southern Natural Gas Company, LLC
pwp@pattiprewittlaw.com

Michael Kevin Riordan on behalf of Interested Party Schumann/Steier Holdings, LLC
mriordan@gardere.com, ggattis@gardere.com;rdiep@gardere.com

Edward L Rothberg on behalf of Debtor Luca Barnet Shale Joint Venture, LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Debtor Luca Energy Fund LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Debtor Luca Energy Resources, LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Debtor Luca I, LP

rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Debtor Luca II, LP
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Debtor Luca International Group (Texas) LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Debtor Luca International Group LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Debtor Luca Oil II Joint Venture
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Debtor Luca Oil, LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Debtor Luca Operation, LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Debtor Luca Resources Group, LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Debtor Luca To-Kalon Energy, LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Joint Debtor Luca Barnet Shale Joint Venture, LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Joint Debtor Luca Energy Fund LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Joint Debtor Luca Energy Resources, LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Joint Debtor Luca I, LP
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Joint Debtor Luca II, LP
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Joint Debtor Luca International Group (Texas) LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Joint Debtor Luca Oil II Joint Venture
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Joint Debtor Luca Oil, LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Joint Debtor Luca Operation, LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Joint Debtor Luca Resources Group, LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Joint Debtor Luca To-Kalon Energy, LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Other Prof. BMC Group, Inc.
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Plaintiff Luca Barnet Shale Joint Venture, LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Plaintiff Luca Energy Fund LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Plaintiff Luca Energy Resources, LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Plaintiff Luca I, LP
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Plaintiff Luca II, LP
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Plaintiff Luca International Group (Texas) LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Plaintiff Luca International Group LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Plaintiff Luca International Group LLC, et al.
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Plaintiff Luca Oil Joint Venture
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Plaintiff Luca Oil, LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Plaintiff Luca Operation, LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Plaintiff Luca Resources Group, LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Plaintiff Luca To-Kalon Energy LLC
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com

Joseph Peak Rovira on behalf of Creditor Texas Tower Limited
josephrovira@andrewskurth.com

Brendetta Anthony Scott on behalf of Counter-Claimant Luca Barnet Shale Joint Venture,
LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Counter-Claimant Luca Energy Fund LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Counter-Claimant Luca Energy Resources, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Counter-Claimant Luca I, LP
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Counter-Claimant Luca II, LP
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Counter-Claimant Luca International Group (Texas)
LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Counter-Claimant Luca International Group LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Counter-Claimant Luca Oil II Joint Venture
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Counter-Claimant Luca Oil, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Counter-Claimant Luca Operation, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Counter-Claimant Luca Resources Group, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Counter-Claimant Luca To-Kalon Energy, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Debtor Luca Barnet Shale Joint Venture, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Debtor Luca Energy Fund LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Debtor Luca Energy Resources, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Debtor Luca I, LP
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Debtor Luca II, LP
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Debtor Luca International Group (Texas) LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Debtor Luca International Group LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Debtor Luca Oil II Joint Venture
scott@hooverslovacek.com,

phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Debtor Luca Oil, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Debtor Luca Operation, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Debtor Luca Resources Group, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Debtor Luca To-Kalon Energy, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Defendant Luca Barnet Shale Joint Venture, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Defendant Luca Energy Fund LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Defendant Luca Energy Resources, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Defendant Luca I, LP
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Defendant Luca II, LP
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Defendant Luca International Group (Texas) LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Defendant Luca International Group LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Defendant Luca Oil II Joint Venture
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Defendant Luca Oil, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Defendant Luca Operation, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Defendant Luca Resources Group, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Defendant Luca To-Kalon Energy, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Financial Advisor John Baumgartner
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Joint Debtor Luca Barnet Shale Joint Venture, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Joint Debtor Luca Energy Fund LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Joint Debtor Luca Energy Resources, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Joint Debtor Luca I, LP
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Joint Debtor Luca II, LP
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Joint Debtor Luca International Group (Texas) LLC
scott@hooverslovacek.com,

phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Joint Debtor Luca Oil II Joint Venture
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Joint Debtor Luca Oil, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Joint Debtor Luca Operation, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Joint Debtor Luca Resources Group, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Joint Debtor Luca To-Kalon Energy, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Other Prof. BMC Group, Inc.
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Other Prof. Randy Williams
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Plaintiff Luca Barnet Shale Joint Venture, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Plaintiff Luca Energy Fund LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Plaintiff Luca Energy Resources, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Plaintiff Luca I, LP
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Plaintiff Luca II, LP
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Plaintiff Luca International Group (Texas) LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Plaintiff Luca International Group LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Plaintiff Luca International Group LLC, et al.
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Plaintiff Luca Oil Joint Venture
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Plaintiff Luca Oil, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Plaintiff Luca Operation, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Plaintiff Luca Resources Group, LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Plaintiff Luca To-Kalon Energy LLC
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Spec. Counsel BB&W LLP
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Trustee Randy Williams
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Branch Masterson Sheppard on behalf of Creditor Hawkeye Stratigraphic, Inc.
bsheppard@gallowayjohnson.com, kreid@gallowayjohnson.com

Owen Mark Sonik on behalf of Creditor Alief Independent School District
osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com

Robert W St Clair on behalf of Creditor Guangxi Huashuo Investment Group
rstclair@lbklawyers.com, jchang@lbklawyers.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Charles Brittain Walther on behalf of Interested Party Hanover Insurance Company
bwalther@wwmlawyers.com

Gregg S Weinberg on behalf of Other Prof. John Chu
gweinberg@rmwbhlaw.com,
mrichards@rmwbhlaw.com;gdubey@rmwbhlaw.com;dholiday@rmwbhlaw.com;mrabe@rmwbhlaw.com

Sam X J Wu on behalf of Creditor Baoxin Shan
samwulaw@yahoo.com

Jason J.L Yang on behalf of Creditor Meiyu "Shelley" You
Jason@kennerlawgroup.com, stacy@kennerlawgroup.com

Jason J.L Yang on behalf of Defendant Meiyu "Shelley" You
Jason@kennerlawgroup.com, stacy@kennerlawgroup.com

Jason J.L Yang on behalf of Plaintiff Meiyu You
Jason@kennerlawgroup.com, stacy@kennerlawgroup.com