IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| LUCA INTERNATIONAL GROUP, L.L.C. | § | CASE NO. 15-34221-H2-11 |
| *et al.*, | § | |
| | § | JOINTLY ADMINISTERED |
| Debtors.[1] | § | |

### SUPPLEMENTAL DEPOSITION DESIGNATIONS – JOHN CHU

COMES NOW, Meiyu You *aka* Meiyu "Shelley" You ("Shelley") and provides this, her Supplemental Deposition Designations of John Chu and designates as follows:

Supplemental designations from the deposition of John Chu, dated July 12, 2017.

Page:Line

75:15-25 (listed as a designation in the initial deposition designations served on counsel for the Liquidating Trustee on July 17, 2017).

Shelley reserves the right and ability to use the deposition of John Chu through in cross examination, rebuttal, or impeachment.

Respectfully submitted,

 */s/ H. Brandon Jones*
H. Brandon Jones
Texas Bar I.D. No. 24060043
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, TX 76102
Telephone: (817) 405-6900
Telecopier (817) 405-6902
Brandon@bondsellis.com

---

[1] The Debtors in these cases are: Luca International Group, LLC; Luca Operation, LLC; Luca International Group (Texas), LLC; Luca Barnet Shale Joint Venture, LLC; Luca Energy Fund, LLC; Luca Energy Resources, LLC; Luca Resources Group, LLC; Luca I, LP; Luca II, LP; Luca Oil, LLC; Luca To-Kalon Energy, LLC; Luca Oil III Joint Venture (collectively the "Debtors").

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 6th day of August 2017, a copy of the foregoing document was served on all parties via the Court's ECF system.

                  */s/ H. Brandon Jones*
                  H. Brandon Jones