IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LUCA INTERNATIONAL GROUP LLC | § | CASE NO. 15-34221 |
| | § | (Jointly Administered) |
| | § | CHAPTER 11 |

### MOTION TO ADMINISTRATIVELY CLOSE CHAPTER 11 CASES

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

Randy W. Williams, Liquidating Trustee (the "Trustee") files this Motion to Administratively Close Chapter 11 Case, and in support thereof would respectfully show as follows:

1. On or about August 6, 2015, the above referenced and numbered jointly administered chapter 11 cases were filed.

2. On or about August 6, 2015, this Court entered an order approving Joint Administration (Docket #18) of the cases named therein.

2. On or about July 18, 2016, this Court confirmed the Debtors' First Amended Joint Plan of Reorganization. (Docket # 766)

3. All reports and/or payments due to the Office of the U.S. Trustee are current or will be made current within thirty (30) days notice from the Office of the U.S. Trustee to the Trustee.

4. The Trustee requests that the above referenced jointly administered cases be closed administratively (all pending contested matters are resolved); however, all adversary proceedings currently pending and related to these jointly administered cases shall remain open subject to further order of this Court.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that the relief requested herein be granted and for such other and further relief to which the Trustee may be entitled.

Respectfully submitted,

/s/ *Randy W. Williams*
RANDY W. WILLIAMS,
LIQUIDATING TRUSTEE

Thompson & Knight LLP
811 Main St., Suite 2500
Houston, Texas  77002
713-654-8111

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2018, a true and correct copy of the foregoing pleading was served by the Court's CM/ECF notification system to the U.S. Trustee and all parties requesting notice in this case.

/s/ *Randy W. Williams*
RANDY W. WILLIAMS, TRUSTEE

502306.000009 21635371.1