

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/09/2019

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LUCA INTERNATIONAL GROUP LLC | § | CASE NO. 15-34221 |
| | § | (Jointly Administered) |
| | § | CHAPTER 11 |

### ORDER APPROVING MOTION TO ADMINISTRATIVELY CLOSE CHAPTER 11 CASES (Docket # 1035)

Came on for consideration, Motion to Administratively Close Chapter 11 Cases, and it is hereby,

ORDERED, that the jointly administered chapter 11 cases, as referenced in this Court's Order of August 6, 2015, Docket # 18, are administratively closed; it is further,

ORDERED, that all pending adversary proceedings related to the jointly administered cases shall remain open pending further order of this Court; it is further,

ORDERED, that any reports/payments due by the Debtors to the U.S. Trustee shall be submitted by the Liquidating Trustee within thirty (30) days notice from the Office of the U.S. Trustee.

Signed: January 08, 2019.

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

502306.000009 21635371.1