United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 28, 2024
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** Luca International Group, LLC, *et al.,* Reorganized Debtors. | § § § § § § | **Case No. 15-34221** **(Jointly Administered)** |
| **RANDY WILLIAMS, TRUSTEE OF THE LUCA LIQUIDATING TRUST,**  Plaintiff, v. **INSPERITY PEO SERVICES, LP**  Defendant. | § § § § § § § § § | **Adv. No 17-03331** |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), made applicable to this proceeding by Fed. R. Bankr. P. 7041, by agreement of the Parties, it is

**ORDERED** that all claims asserted in this adversary proceeding are dismissed with prejudice, with all costs to be borne by the party incurring same, and it is further

**ORDERED** that the clerk shall close this adversary proceeding.

Signed: March 28, 2024

_____
Christopher Lopez
United States Bankruptcy Judge

1

AGREED AS TO FORM AND SUBSTANCE:

**GREENBERG TRAURIG, LLP**

*/s/ Karl Burrer*
Karl Burrer
State Bar No. 24043584
Suite 6700
1000 Louisiana St.
Houston, TX 77002
Telephone: 713.374.3612

**COUNSEL FOR INSPERITY**

**WALKER & PATTERSON, P.C.**

*/s/ Johnie Patterson*
Johnie Patterson
State Bar No.  15601700
4815 Dacoma
Houston, TX 77092
Telephone: 713.956.5577

**COUNSEL FOR PLAINTIFF**